**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| ADEIA SEMICONDUCTOR BONDING TECHNOLOGIES INC., <br><br> PLAINTIFF, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., <br><br> DEFENDANT. | CIVIL ACTION NO.: 7:25-CV-511 <br><br> **JURY TRIAL DEMANDED** |

## <u>PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT</u>

Adeia Semiconductor Bonding Technologies Inc. ("Plaintiff" or "Adeia Semiconductor Bonding Technologies") brings this action for patent infringement against Advanced Micro Devices, Inc. ("Defendant" or "AMD"), for infringement of U.S. Patent Nos. 11,978,681 ("the '681 patent"); 12,199,069 ("the '069 patent"); 12,322,650 ("the '650 patent"); and 12,381,173 ("the '173 patent") (collectively, the "Asserted Patents"). Plaintiff, on personal knowledge as to its own acts, and upon information and belief as to all others based on investigation, alleges as follows:

## <u>THE PARTIES</u>

### A.    *<u>Adeia</u>*

1.    Plaintiff Adeia Semiconductor Bonding Technologies is a Delaware corporation with a principal place of business at 3025 Orchard Parkway, San Jose, California 95134. Adeia Semiconductor Bonding Technologies is a wholly owned subsidiary of Adeia Inc., which is a publicly traded company (ADEA), listed on the NASDAQ.

2.    Adeia Inc. along with its subsidiaries are referred to herein collectively as "Adeia."

3.      Adeia invents, develops, and licenses fundamental technology enhancing billions of devices in an increasingly connected world and shaping the way millions of people explore and experience entertainment.

4.      Adeia presently owns over 13,000 patents and patent applications worldwide. Adeia's semiconductor patent portfolio covers crucial semiconductor manufacturing technology such as hybrid bonding, advanced process nodes, and advanced packaging. The Asserted Patents are part of Adeia's semiconductor patent portfolio covering hybrid bonding and advanced process nodes. Adeia's semiconductor patent portfolio covers fundamental paradigms in the manufacture and design of semiconductor devices, including how those devices are constructed at the smallest scales.

5.      Adeia is at the cutting-edge of innovation in 3D stacked semiconductor chips.[1] Integrated circuits or systems employing stacked die are fundamental to the present and future ability of the semiconductor industry to increase system performance and functionality. Stacking die allows for an increased density of transistors or storage devices or for the inclusion of additional functionality. Stacking die also allows for shorter, higher performance connections between die. Hybrid bonding fundamentally improves die stacking by enabling an increased areal density of connections between the stacked die. Hybrid bonding also improves the performance of those connections, which leads to better system performance. Accordingly, Adeia's innovation has been and will continue to be at the heart of advanced semiconductor devices, including AMD's products.

---

[1] *See, e.g.*, *DBI Wafer-to-Wafer Hybrid Bonding*, ADEIA, https://adeia.com/dbi-wafer-to-wafer-hybrid-bonding (last visited Oct. 31, 2025); *DBI Ultra Die-to-Wafer Hybrid Bonding*, ADEIA, https://adeia.com/dbi-die-to-wafer-hybrid-bonding (last visited Oct. 31, 2025).

6.      Adeia's history of innovation stretches back over 30 years through its predecessor companies Tessera and Tessera's subsidiaries, Invensas and Ziptronix, to name a few. Over those 30 years, Adeia and its predecessors have repeatedly innovated in semiconductor device and manufacturing technology. Those innovations have been fundamental to the improvements in 3D semiconductor chips.

7.      Take, for instance, Adeia predecessor Ziptronix. Beginning in 2000, Ziptronix pioneered the development of innovative low-temperature bonding techniques for semiconductor chips.[2] Ziptronix developed ZiBond®, a direct bonding technology, and Direct Bond Interconnect (DBI®), a hybrid bonding technology.[3] Ziptronix demonstrated its hybrid bonding technologies to others in the semiconductor field. Now, hybrid bonding is the leading paradigm for stacked chips in advanced semiconductor devices, including AMD's.[4] One reason for hybrid bonding's importance is its ability to increase density of vertical connections between semiconductor dies in a stacked chip.[5] Lead innovators at Ziptronix included Qin-Yi Tong, Gaius Gillman Fountain, Jr., and Paul M. Enquist, who are recognized as the earliest inventors of direct and hybrid bonding.[6]

---

[2]   *Tessera to Acquire Ziptronix, Inc. for $39 Million*, XPERI (Aug. 28, 2015), https://investor.xperi.com/news/news-details/2015/Tessera-to-Acquire-Ziptronix-Inc-for-39-Million/default.aspx.

[3]*See id.*; John H. Lau, *State-of-the-Art and Outlooks of Chiplets Heterogeneous Integration and Hybrid Bonding*, 18 J. MICROELECTRONICS & ELEC. PACKAGING 145, 146, 155 (2021).

[4]  *See* Samuel K. Moore, *Hybrid Bonding: 3D Chip Tech to Save Moore's Law*, IEEE SPECTRUM (Aug. 11, 2024), https://spectrum.ieee.org/hybrid-bonding.

[5] *See id*.

[6] Lau, *supra* note 3; U.S. Patent No. 6,902,987 (filed Feb. 16, 2000).

8.      Adeia predecessor Invensas includes a deep bench of technical know-how, including Dr. Belgacem Haba, a prolific inventor in the semiconductor space.[7] Invensas successfully transferred fundamental technologies to manufacturers to improve MEMS devices and many other electronic devices.[8]

9.      Like its predecessors, Adeia remains committed to technological innovation. Adeia commits significant capital and resources to research and development. In 2024 alone, Adeia invested over $60 million in research and development, accounting for over 15 percent of its revenue. Adeia employs a highly skilled team of 150 professionals, with 80 percent of engineers holding advanced degrees. For years, Adeia has maintained a research facility that includes clean room space with advanced capabilities and equipment, including wafer fabrication, lithography, plating, and chemical mechanical polishing. That facility traces its roots back to Ziptronix, who as discussed above was an early innovator in direct and hybrid bonding. As a result of Adeia's efforts in innovation, it is in the top 75 of all U.S. patent recipients.[9] In 2024, Adeia was awarded more patents than both Nvidia and AMD.[10] In the past several years alone, Adeia's inventors have participated in over thirty joint research partnerships with R&D organizations and academic institutions across the globe. As a result of its longstanding commitment to innovation, Adeia has

---

[7] *Xperi Recognizes Master Inventor Dr. Bel Haba for Issuance of 500th U.S. Patent,* XPERI (Sept. 17, 2019), https://investor.xperi.com/news/news-details/2019/Xperi-Recognizes-Master-Inventor-Dr-Bel-Haba-for-Issuance-of-500th-US-Patent/default.aspx.

[8] *Invensas Completes DBI Technology Transfer to Teledyne DALSA*, XPERI (Dec. 14, 2017), https://investor.xperi.com/news/news-details/2017/Invensas-Completes-DBI-Technology-Transfer-to-Teledyne-DALSA/default.aspx.

[9] *Top 300 Organizations Granted U.S. Patents in 2024*, INTELL. PROP. OWNERS ASS'N, (Jan. 15, 2025), https://ipo.org/wp-content/uploads/2025/01/2024-Top-300-Patent-Owners-List.pdf.

[10] *Id.*

received numerous accolades for thought leadership and technical excellence in industry conferences and publications.[11]

10.    Through its licensing program, Adeia places the many valuable innovations represented in its patent portfolios in the hands of consumers via the products and services offered by its licensing partners.

11.    The identities of the companies who have chosen to become and remain Adeia licensees stand as a testament to the value of the technology Adeia offers. For example, top U.S. consumer electronics and semiconductor companies have licensed Adeia's semiconductor patent portfolio.[12]

### B.    *AMD*

12.    Defendant Advanced Micro Devices, Inc. is a Delaware corporation with a principal place of business at 2485 Augustine Drive, Santa Clara, California 95054, and doing business in Texas, with offices in Austin, Texas. AMD has designated the CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201 as its agent for service of process.

## JURISDICTION AND VENUE

13.    This action includes claims of patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

14.    AMD is subject to this Court's personal jurisdiction.

---

[11] *Adeia's Pioneering Hybrid Bonding Technology Continues to Capture Attention*, ADEIA (June 12, 2024), https://investors.adeia.com/news-releases/news-release-details/adeias-pioneering-hybrid-bonding-technology-continues-capture.

[12] *Licensing Technology from Adeia*, ADEIA, https://adeia.com/licensing (last visited Oct. 31, 2025).

15.     AMD has not disputed this Court's personal jurisdiction over them in recent patent infringement actions filed in this District. *See, e.g.*, *Redstone Logics LLC v. Advanced Micro Devices, Inc.*, Case No. 7:25-cv-00182-DC-DTG, Dkt. 15 (AMD's Answer) at 4 (W.D. Tex. June 30, 2025); *Advanced Cluster Sys. Inc. v. Advanced Micro Devices, Inc.*, Case No. 7:24-cv-00244-ADA, Dkt. 29 (AMD's Answer) at 2 (W.D. Tex. Jan. 8, 2025).

16.     AMD has sufficient minimum contacts and/or has engaged in continuous and systematic activities in the forum as a result of business conducted within the State of Texas and the Western District of Texas.

17.     AMD, directly or through subsidiaries or agents, makes, uses, sells, offers for sale, imports, advertises, makes available, and/or markets products within the State of Texas and the Western District of Texas that infringe one or more claims of the Asserted Patents (identified further below as the Accused Products).

18.     AMD has placed or contributed to placing infringing products into the stream of commerce knowing or understanding that such products would be sold and used in the United States, including in this District.

19.     AMD has derived substantial revenues from infringing acts in the Western District of Texas, including from the sale and use of the Accused Products identified below.

20.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b).

21.     AMD has a regular and established place of business in the Western District of Texas, including at 7171 Southwest Parkway, Austin, Texas 78735 at 7000 West William Cannon Drive, Austin, Texas 78735; and at 1340 Airport Commerce Drive, Austin, Texas 78741.[13]

22.     AMD has represented to investors it has "significant operations" in Austin, Texas.[14]

23.     AMD has admitted in previous patent infringement actions filed against them that venue in this District is proper. *See, e.g.*, *Redstone Logics LLC v. Advanced Micro Devices, Inc.*, Case No. 7:25-cv-00182-DC-DTG, Dkt. 15 (AMD's Answer) at 4 (W.D. Tex. June 30, 2025); *Advanced Cluster Sys. Inc. v. Advanced Micro Devices, Inc.*, Case No. 7:24-cv-00244-ADA, Dkt. 29 (AMD's Answer) at 2 (W.D. Tex. Jan. 8, 2025).

24.     AMD is also registered to do business in Texas.[15]

25.     AMD has committed acts of infringement in this district.

26.     AMD has employees in Austin, Texas who are responsible for the marketing and sale of products to customers across the country and world.

27.     AMD has employees in Austin, Texas who are responsible for working on the Ryzen™ and Instinct™ product lines, including the MI300X, which is an Accused Product identified below.

28.     AMD has employees in Austin, Texas who are responsible for working on 3D Stacking Technology.

---

[13] *See Corporate Locations*, AMD, https://www.amd.com/en/corporate/locations.html (last visited Oct. 31, 2025) (identifying an AMD location at this address in Austin, Texas, along with other AMD locations in Austin, Texas).

[14] Advanced Micro Devices, Inc., Annual Report (Form 10-K) at 40 (Feb. 5, 2025) (stating "we have significant operations in Austin, Texas").

[15] *See* Advanced Micro Devices, Inc., Filing History (Filing Number 3778306), Office of the Secretary of State of Texas, https://www.sos.state.tx.us/corp/sosda/index.shtml (last visited Oct. 31, 2025) (identifying AMD as a registered business organization in Texas).

29.     Furthermore, "[i]n recent years, AMD has engaged consultants in California and Texas" "to monitor legislation of interest in state legislatures and support its advocacy efforts."[16]

30.     AMD makes, uses, sells, tests, offers to sell, and/or imports infringing products into and/or within the Western District of Texas, including at its Austin locations. AMD maintains a permanent and/or continuing presence within the Western District of Texas at its Austin locations, and has the requisite minimum contacts with the Western District of Texas such that this venue is a fair and reasonable one. Upon information and belief, AMD has transacted and, at the time of the filing of this Complaint, is continuing to transact business within the Western District of Texas.

## FACTUAL BACKGROUND

31.     Plaintiff presents its claims and allegations herein in conjunction and/or in the alternative. To the extent that certain claims or allegations may be inconsistent with one another, such allegations should be understood to be made in the alternative.

### A.     *AMD's Infringing Products*

32.     AMD makes and sells products implementing hybrid-bonded, stacked dies. Many, if not all, of AMD's advanced processors include its 3D V-Cache™ technology. The essential feature of 3D V-Cache™ is a memory device, e.g., L3 cache, stacked on/under processor cores (for example, AMD's "Zen5" cores), where the memory and processor cores are hybrid bonded.[17] In this way, 3D V-Cache™ includes hybrid-bonded, stacked dies. AMD's products containing 3D V-Cache™ infringe one or more of the Asserted Patents.

---

[16] *Public Policy Engagement and U.S. Political Activities*, AMD, https://www.amd.com/en/corporate/corporate-responsibility/governance/public-policy-engagement.html (last visited Oct. 31, 2025).

[17] *See AMD 3D V-Cache™ Technology*, AMD, https://www.amd.com/en/products/processors/technologies/3d-v-cache.html (last visited Oct. 31, 2025).

33.     AMD's products (collectively, the "Accused Products") that infringe one or more of the Asserted Patents (as set forth in more detail below) are processors that AMD classifies as follows: Desktop, Laptop and Workstation Processors; Server Processors, Embedded Processors; Accelerators; Desktop and Laptop Graphics; Workstation and Professional Graphics; and other products.[18] The Accused Products also include Versal™ Adaptive SoCs.[19] Each product in the Accused Products may infringe one or more of the Asserted Patents.

34.     One or more of AMD's Server Processors, Processors, Instinct™ MI Accelerators, and Embedded Processors each infringe one or more of the Asserted Patents (the "Accused Products"). The Accused Products include, without limitation to the listed products or exclusion of products released in the future, EPYC™ 7373X, EPYC™ 7473X, EPYC™ 7573X, EPYC™ 7773X, EPYC™ 9184X, EPYC™ 9384X, EPYC™ 9684X, Ryzen™ 5 5500X3D, Ryzen™ 5 5600X3D, Ryzen™ 5 7600X3D, Ryzen™ 7 5700X3D, Ryzen™ 7 5800X3D, Ryzen™ 7 7800X3D, Ryzen™ 7 9800X3D, Ryzen™ 9 7900X3D, AMD Ryzen™ 9 7945HX3D, Ryzen™ 9 7950X3D, Ryzen™ 9 9900X3D, Ryzen™ 9 9950X3D, Ryzen™ 9 9955HX3D, Instinct™ MI355X, Instinct™ MI350X, Instinct™ MI325X, Instinct™ MI300X, Instinct™ MI300A, Ryzen™ Embedded 9950X3D, Ryzen™ Embedded 9900X3D, and Ryzen™ Embedded 9800X3D, along with any newly released versions of AMD products employing these same hybrid bonding technologies.

---

[18] *AMD Product Specifications*, AMD, https://www.amd.com/en/products/specifications.html (last visited Oct. 31, 2025).

[19] *AMD Versal™ Adaptive SoCs*, AMD, https://www.amd.com/en/products/adaptive-socs-and-fpgas/versal.html (last visited Oct. 31, 2025).

### B.    *AMD's Vicarious Liability*

35.    AMD's subsidiaries are agents of AMD.

36.    AMD directs and controls the actions and performance of its AMD subsidiaries, including those related to infringement of the Asserted Patents.

37.    AMD authorizes the actions and performance of its AMD subsidiaries, including those related to infringement of the Asserted Patents.

38.    AMD approves the actions and performance of its AMD subsidiaries, including those related to infringement of the Asserted Patents.

39.    AMD conditions benefits derived by its AMD subsidiaries on the performance of activities, including those related to infringement of the Asserted Patents.

40.    AMD specifies the timing and manner of the performance of activities by its AMD subsidiaries, including those related to infringement of the Asserted Patents.

41.    AMD profits from the activities of its AMD subsidiaries.

42.    AMD has the rights, powers, or abilities to cause its AMD subsidiaries to stop or limit their infringing activities.

43.    AMD has not exercised its rights, powers, or abilities to cause its AMD subsidiaries to stop or limit their infringing activities.

44.    AMD is vicariously liable for the infringing activities of its AMD subsidiaries.

45.    AMD has foundry arrangements with TSMC for the production of wafers for AMD's HPC, FPGA, and Adaptive SoC products. AMD is also a party to a Wafer Supply Agreement (WSA) with GLOBALFOUNDRIES Inc. (GF), with respect to wafer purchases for AMD's HPC products at the 12 nm and 14 nm technology nodes. Additionally, AMD utilizes TSMC, United Microelectronics Corporation (UMC), and Samsung Electronics Co., Ltd. for the

production of its integrated circuits (IC) in the form of programmable logic devices. (Collectively, these will be referred to as Wafer Foundry Facilities.)

46.     Wafers for AMD's products are either sorted by the foundry or delivered by the foundry to AMD's assembly, test, mark, and packaging (ATMP) partners or subcontractors located in the Asia-Pacific region who package and test AMD's final semiconductor products. AMD is party to two ATMP joint ventures (collectively, the ATMP JVs) with Tongfu Microelectronics Co., Ltd. The ATMP JVs, Siliconware Precision Industries Ltd. (SPIL), and King Yuan Electronics Company (KYEC) provide ATMP services for AMD's products. (Collectively, these will be referred to as ATMP Facilities.)

47.     AMD also works with shipping partners and distributors to import the Accused Products into the United States for and/or on behalf of AMD or its customers, including in circumstances where AMD is not listed as the importer of record. (Collectively, these will be referred to as Shipping Facilities.)

48.     AMD's Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities are agents of AMD.

49.     AMD directs and controls the actions and performance of the Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities, including those related to infringement of the Asserted Patents.

50.     AMD authorizes the actions and performance of the Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities, including those related to infringement of the Asserted Patents.

51.     AMD approves the actions and performance of the Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities, including those related to infringement of the Asserted Patents.

52.     AMD conditions benefits derived by the Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities on the performance of activities, including those related to infringement of the Asserted Patents.

53.     AMD specifies the timing and manner of the performance of activities by Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities, including those related to infringement of the Asserted Patents.

54.     AMD profits from the activities of Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities.

55.     AMD has the rights, powers, or abilities to cause Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities to stop or limit their infringing activities.

56.     AMD has not exercised its rights, powers, or abilities to cause Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities to stop or limit their infringing activities.

57.     AMD is vicariously liable for the infringing activities of Wafer Foundry Facilities, ATMP Facilities, and Shipping Facilities.

58.     AMD authorizes the actions and performance of its customers, including those related to infringement of the Asserted Patents.

59.     AMD approves the actions and performance of its customers, including those related to infringement of the Asserted Patents.

60.     AMD conditions benefits derived by AMD customers on the performance of activities, including those related to infringement of the Asserted Patents.

61.     AMD specifies the timing and manner of the performance of activities by AMD customers, including those related to infringement of the Asserted Patents.

62.     AMD profits from the activities of AMD customers.

63.     AMD has the rights, powers, or abilities to cause AMD customers to stop or limit their infringing activities.

64.     AMD has not exercised its rights, powers, or abilities to cause AMD customers to stop or limit their infringing activities.

65.     AMD is vicariously liable for the infringing activities of AMD customers.

## COUNT 1: INFRINGEMENT OF U.S. PATENT NO. 11,978,681

66.     Plaintiff incorporates the allegations of all of the foregoing paragraphs as if fully restated herein.

67.     The following allegations are based on publicly available information and a reasonable investigation of the structure and operation of the Accused Products. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the Accused Products that it obtains during discovery.

68.     The '681 patent, entitled "Mitigating Surface Damage of Probe Pads in Preparation for Direct Bonding of a Substrate," issued on May 7, 2024, and names Guilian Gao, Laura Wills Mirkarimi, and Gaius Gillman Fountain, Jr., as inventors. The '681 patent is attached as Exhibit A.

69.     Adeia Semiconductor Bonding Technologies Inc. owns all rights, title, and interest in the '681 patent, and holds all substantial rights pertinent to this suit, including the right to sue and recover for all past, current, and future infringement.

70.     The '681 patent is valid, enforceable, and directed to patentable subject matter.

71.     AMD has infringed and continues to infringe one or more claims of the '681 patent by making, using, selling and/or offering to sell Accused Products in this District and elsewhere in the United States, and/or importing Accused Products into this District and elsewhere in the United States.

72.     The Accused Products are made and continue to be made by a process patented in one or more claims of the '681 patent during the term of the patent. The Accused Products are not materially changed by subsequent processes, nor do they become a trivial and nonessential component of another product.

73.     Plaintiff provides the following explanation of infringement with regard to an exemplary claim compared to exemplary functionality in a representative product. Plaintiff reserves the right to present additional or alternative explanations of infringement for the claim and functionalities identified below and for other claims and functionalities of the Accused Products.

74.     Claim 1 of the '681 patent recites: "a structure for direct bonding, including a buried probe pad of a substrate for microelectronics, the structure comprising." To the extent the preamble is limiting, the Accused Products comprise this element.

75.     By the way of example only, the AMD MI300A is an Accused Product. To the extent the preamble is limiting, the AMD MI300A comprises a structure for direct bonding including a buried probe pad of a substrate for microelectronics.



Source: *Data Sheet: AMD Instinct™ MI300A*, AMD, https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/data-sheets/amd-instinct-mi300a-data-sheet.pdf (last visited Oct. 31, 2025).



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal:*
*Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT),
https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal:*
*Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT),
https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

---

**CHIPLET DEVELOPMENT**

Chiplet development involves various stages to ensure the success and reliability of System on Chips (SoCs). Key components of this process include verification, emulation, validation, and physical design. Each stage plays a role in confirming that chiplets meet design specifications, function properly under realistic conditions, and integrate seamlessly into the larger system.

**Verification** checks if the chiplet design meets specifications through simulation, formal methods, or assertion-based verification. AMD's strategy focuses on chiplet-level coverage, reducing the need for extensive SoC-level verification.

**Emulation** uses hardware platforms like FPGAs to evaluate chiplet functionality and performance under realistic scenarios, faster than simulations.

**Validation** ensures that each chiplet operates correctly within its intended environment before full-scale production. This process involves rigorous testing on actual silicon across various fabrication stages, confirming that the chiplet's performance, functionality, and reliability meet the requirements. Validation entails a series of evaluations, including electrical testing, performance benchmarking, and stress testing under operational conditions.

---

Source: *AMD Chiplet Ecosystem*, AMD (Dec. 9, 2024),
https://www.amd.com/content/dam/amd/en/documents/solutions/technologies/chiplet-architecture-white-paper.pdf.

---

**How Chiplets are Changing Semiconductor Design**

A chiplet is a small piece of a chip (die) that performs a specific function, originally part of a single large chip. With chiplet integration, multiple chiplets are combined into a single package, where they work as a complete system.

In the past, all chip functions had to be built onto a single wafer. This meant that if even one part of a chip was defective, the entire chip had to be discarded. But with chiplet integration, only good chips - known as Known Good Die (KGD) - are used, which greatly improves manufacturing yields and efficiency.

---

Source: Rapidus, *What are Chiplets? – The Key Technology Behind Next-Gen Semiconductor Manufacturing*, CHIPLET MARKETPLACE (July 3, 2025), https://chiplet-marketplace.com/industryexpertblogs/what-are-chiplets-the-key-technology-behind-next-gen-semiconductor-manufacturing.

76.     Claim 1 of the '681 patent recites: "the probe pad formed on a first side of the substrate, the probe pad at least partially embedded in a layer of a dielectric material, the probe pad having an upper surface sized for test contact." The Accused Products comprise this element.

77.     For example, the AMD MI300A comprises a probe pad formed on a first side of a substrate, the probe pad at least partially embedded in a layer of a dielectric material, and the probe pad having an upper surface sized for test contact.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

## CHIPLET DEVELOPMENT

Chiplet development involves various stages to ensure the success and reliability of System on Chips (SoCs). Key components of this process include verification, emulation, validation, and physical design. Each stage plays a role in confirming that chiplets meet design specifications, function properly under realistic conditions, and integrate seamlessly into the larger system.

**Verification** checks if the chiplet design meets specifications through simulation, formal methods, or assertion-based verification. AMD's strategy focuses on chiplet-level coverage, reducing the need for extensive SoC-level verification.

**Emulation** uses hardware platforms like FPGAs to evaluate chiplet functionality and performance under realistic scenarios, faster than simulations.

**Validation** ensures that each chiplet operates correctly within its intended environment before full-scale production. This process involves rigorous testing on actual silicon across various fabrication stages, confirming that the chiplet's performance, functionality, and reliability meet the requirements. Validation entails a series of evaluations, including electrical testing, performance benchmarking, and stress testing under operational conditions.

Source: *AMD Chiplet Ecosystem*, AMD (Dec. 9, 2024), https://www.amd.com/content/dam/amd/en/documents/solutions/technologies/chiplet-architecture-white-paper.pdf.

> **How Chiplets are Changing Semiconductor Design**
>
> A chiplet is a small piece of a chip (die) that performs a specific function, originally part of a single large chip. With chiplet integration, multiple chiplets are combined into a single package, where they work as a complete system.
>
> In the past, all chip functions had to be built onto a single wafer. This meant that if even one part of a chip was defective, the entire chip had to be discarded. But with chiplet integration, only good chips - known as Known Good Die (KGD) - are used, which greatly improves manufacturing yields and efficiency.

Source: Rapidus, *What are Chiplets? – The Key Technology Behind Next-Gen Semiconductor Manufacturing*, CHIPLET MARKETPLACE (July 3, 2025), https://chiplet-marketplace.com/industryexpertblogs/what-are-chiplets-the-key-technology-behind-next-gen-semiconductor-manufacturing.

78.    Claim 1 of the '681 patent recites: "a first insulating layer formed over the upper surface of the probe pad on the first side of the substrate, the first insulating layer surrounding operational interconnects on opposite lateral sides of the probe pad." The Accused Products comprise this element.

79.    For example, the AMD MI300A comprises a first insulating layer formed over the upper surface of the probe pad on the first side of the substrate, the first insulating layer surrounding operational interconnects on opposite lateral sides of the probe pad.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

80.    Claim 1 of the '681 patent recites: "wherein the first insulating layer and the operational interconnects on opposite lateral sides of the probe pad are part of a bonding surface prepared for direct hybrid bonding." The Accused Products comprise this element.

81.    For example, the AMD MI300A comprises a first insulating layer and operational interconnects on opposite lateral sides of the probe pad that are part of a bonding surface prepared for direct hybrid bonding.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

82.    Claim 1 of the '681 patent recites: "and a second insulating layer on a second side of the substrate opposite the first side, the second insulating layer prepared for direct bonding." The Accused Products comprise this element.

83.    For example, the AMD MI300A comprises a second insulating layer on a second side of the substrate opposite the first side, the second insulating layer prepared for direct bonding.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.

84.    Based on these representative allegations, AMD therefore infringes and continues to infringe the '681 patent, which is, in part, a process patent, based on the importation, sale, offer for sale, or use of the Accused Products which are made and continue to be made from the '681 patent's processes patented in the United States and a substantial likelihood exists that the Accused Products were made and continue to be made by the '681 patent's patented processes.

85.    In addition or in the alternative, AMD has directed and controlled and continues to direct or control the manufacturing process and/or importation by Wafer Foundry Facilities, ATMP Facilities, Shipping Facilities, and/or other parties for the Accused Products. AMD is therefore vicariously liable for these actions. Moreover, based on this direction and control, AMD is also not entitled to the modifications of remedies provided in 35 U.S.C. § 287 based on its (or entities it directs or controls) infringement under 35 U.S.C. § 271(g).

86.    Accordingly, AMD has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, the '681 patent under 35 U.S.C. §§ 271(a) and/or (g).

87.    In addition, AMD has indirectly infringed and continues to indirectly infringe the '681 patent under 35 U.S.C. § 271(b).

88.    AMD had knowledge of the '681 patent since at least the filing of this Complaint.

89.    Alternatively, AMD took and continues to take the above actions intending to cause infringing acts by others, and/or willfully blinded itself as to the existence of the Asserted Patent and the Accused Products' infringement thereof.

90.    AMD has induced and continues to induce third parties, such as the Wafer Foundry Facilities, ATMP Facilities, Shipping Facilities, and AMD customers, to make, use, sell, offer for sell, or import into the United States the Accused Products.

91.    AMD's agreements, directives, advertising, sales, design, development, and/or technical materials related to operation of the Accused Products contained and continue to contain instructions, directions, suggestions, and/or invitations that invite, entice, lead on, influence, encourage, prevail on, move by persuasion, and/or cause customers and distributors to import into the United States or to offer to sell, sell, or use within the United States the Accused Products.

92.    Accordingly, AMD has indirectly infringed and continues to indirectly infringe the '681 patent under 35 U.S.C. § 271(b).

93.    AMD's infringement of the '681 patent has been and continues to be willful and egregious.

94.    AMD's acts of infringement have caused and continue to cause damage to Plaintiff. Plaintiff is entitled to recover from AMD the damages sustained by Plaintiff as a result of these wrongful acts in an amount subject to proof at trial.

## COUNT 2: INFRINGEMENT OF U.S. PATENT NO. 12,199,069

95.    Plaintiff incorporates the allegations of all of the foregoing paragraphs as if fully restated herein.

96.    The following allegations are based on publicly available information and a reasonable investigation of the structure and operation of the Accused Products. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the Accused Products that it obtains during discovery.

97.    The '069 patent, entitled "Heterogeneous Annealing Method and Device," issued on January 14, 2025, and names Paul M. Enquist and Gaius Gillman Fountain, Jr., as inventors. The '069 patent is attached as Exhibit B.

98.    Adeia Semiconductor Bonding Technologies Inc. owns all rights, title, and interest in the '069 patent, and holds all substantial rights pertinent to this suit, including the right to sue and recover for all past, current, and future infringement.

99.    The '069 patent is valid, enforceable, and directed to patentable subject matter.

100.    AMD has infringed and continues to infringe one or more claims of the '069 patent by making, using, selling and/or offering to sell Accused Products in this District and elsewhere in the United States, and/or importing Accused Products into this District and elsewhere in the United States.

101.    Plaintiff provides the following explanation of infringement with regard to an exemplary claim compared to exemplary functionality. Plaintiff reserves the right to present additional or alternative explanations of infringement for the claim and functionalities identified below and for other claims and functionalities of the Accused Products.

102.    Claim 1 of the '069 patent recites: "a bonded structure comprising." To the extent the preamble is limiting, the Accused Products comprise this element.

103.    By the way of example only, the AMD MI300A is an Accused Product. To the extent the preamble is limiting, the AMD MI300A comprises a bonded structure.



Source: *Data Sheet: AMD Instinct™ MI300A*, AMD, https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/data-sheets/amd-instinct-mi300a-data-sheet.pdf (last visited Oct. 31, 2025).



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

104.    Claim 1 of the '069 patent recites: "a first element having a first surface with a first insulating region and a first contact structure, the first element having a thickness less than 100 microns." The Accused Products comprise this element.

105.    For example, the AMD MI300A comprises a first element having a first surface with a first insulating region and a first contact structure, the first element having a thickness less than 100 microns.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

106.    Claim 1 of the '069 patent recites: "a second element having a second surface with a second insulating region and a second contact structure." The Accused Products comprise this element.

107.    For example, the AMD MI300A comprises a second element having a second surface with a second insulating region and a second contact structure.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

108.    Claim 1 of the '069 patent recites: "wherein the first insulating region is directly bonded to the second insulating region and the first contact structure is directly bonded to the second contact structure." The Accused Products comprise this element.

109.    For example, the AMD MI300A comprises a first and second element wherein the first insulating region is directly bonded to the second insulating region and the first contact structure is directly bonded to the second contact structure.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

110.    Claim 1 of the '069 patent recites: "and a third element directly bonded to the first element, wherein the third element has a thickness greater than the thickness of the first element." The Accused Products comprise this element.

111.    For example, the AMD MI300A comprises a third element directly bonded to the first element, wherein the third element has a thickness greater than the thickness of the first element.

29



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.

112.    Claim 1 of the '069 patent recites: "and wherein a difference in coefficient of thermal expansion (CTE) between a base material of the third element and a base material of the first element is less than 1.0 ppm/°C." The Accused Products comprise this element.

113.    For example, the AMD MI300A comprises a first element and a third element with a base material made from silicon materials for which the difference in the coefficient of thermal expansion (CTE) is less than 1.0 ppm/°C.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.

| Material | CTE (ppm/°C) |
|----------|--------------|
| Silicon  | 2.6          |

Source: Integrated Microfabrication Lab, *Coefficient of Thermal Expansion (CTE)*, BRIGHAM YOUNG UNIV., https://cleanroom.byu.edu/cte_materials (last visited Oct. 31, 2025).

114.    Claim 1 of the '069 patent recites: "wherein the first element is vertically between the second element and the third element." The Accused Products comprise this element.

115.    For example, the AMD MI300A comprises a first element that is vertically between a second element and a third element.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

116.    In addition or in the alternative, AMD has directed and controlled and continues to direct or control the manufacturing process and/or importation by Wafer Foundry Facilities, ATMP Facilities, Shipping Facilities, and/or other parties for the Accused Products. AMD is therefore vicariously liable for these actions.

117.    Accordingly, AMD has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, the '069 patent under 35 U.S.C. §§ 271(a).

118.    In addition, AMD has indirectly infringed and continues to indirectly infringe the '069 patent under 35 U.S.C. § 271(b).

119.    AMD had knowledge of the '069 patent since at least the filing of this Complaint.

120.    Alternatively, AMD took and continues to take the above actions intending to cause infringing acts by others, and/or willfully blinded itself as to the existence of the Asserted Patent and the Accused Products' infringement thereof.

121.    AMD has induced and continues to induce third parties, such as the Wafer Foundry Facilities, ATMP Facilities, Shipping Facilities, and AMD customers, to make, use, sell, offer for sell, or import into the United States the Accused Products.

122.    AMD's agreements, directives, advertising, sales, design, development, and/or technical materials related to operation of the Accused Products contained and continue to contain instructions, directions, suggestions, and/or invitations that invite, entice, lead on, influence, encourage, prevail on, move by persuasion, and/or cause customers and distributors to import into the United States or to offer to sell, sell, or use within the United States the Accused Products.

123.    Accordingly, AMD has indirectly infringed and continues to indirectly infringe the '069 patent under 35 U.S.C. § 271(b).

124.    AMD's infringement of the '069 patent has been and continues to be willful and egregious.

125.    AMD's acts of infringement have caused and continue to cause damage to Plaintiff. Plaintiff is entitled to recover from AMD the damages sustained by Plaintiff as a result of these wrongful acts in an amount subject to proof at trial.

## COUNT 3: INFRINGEMENT OF U.S. PATENT NO. 12,322,650

126.    Plaintiff incorporates the allegations of all of the foregoing paragraphs as if fully restated herein.

127.    The following allegations are based on publicly available information and a reasonable investigation of the structure and operation of the Accused Products. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the Accused Products that it obtains during discovery.

128.    The '650 patent, entitled "Diffusion Barrier for Interconnects," issued on June 3, 2025, and names Rajesh Katkar and Cyprian Emeka Uzoh as inventors. The '650 patent is attached as Exhibit C.

129.    Adeia Semiconductor Bonding Technologies Inc. owns all rights, title, and interest in the '650 patent, and holds all substantial rights pertinent to this suit, including the right to sue and recover for all past, current, and future infringement.

130.    The '650 patent is valid, enforceable, and directed to patentable subject matter.

131.    AMD has infringed and continues to infringe one or more claims of the '650 patent by making, using, selling and/or offering to sell Accused Products in this District and elsewhere in the United States, and/or importing Accused Products into this District and elsewhere in the United States.

132.    Plaintiff provides the following explanation of infringement with regard to an exemplary claim compared to exemplary functionality in a representative product. Plaintiff reserves the right to present additional or alternative explanations of infringement for the claim and functionalities identified below and for other claims and functionalities of the Accused Products.

133.    Claim 14 of the '650 patent recites: "a microelectronic assembly comprising." To the extent the preamble is limiting, the Accused Products comprise this element.

134.    By the way of example only, the AMD MI300A is an Accused Product. To the extent the preamble is limiting, the AMD MI300A comprises a microelectronic assembly.



Source: *Data Sheet: AMD Instinct™ MI300A*, AMD, https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/data-sheets/amd-instinct-mi300a-data-sheet.pdf (last visited Oct. 31, 2025).



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

135.    Claim 14 of the '650 patent recites: "a first substrate having a first bonding surface." The Accused Products comprise this element.

136.    For example, the AMD MI300A comprises a first substrate having a first bonding surface.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HotHardware (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

137.    Claim 14 of the '650 patent recites: "the first substrate comprising: a first insulating layer, an embedded barrier layer disposed on the first insulating layer, a bonding layer over the embedded barrier layer and partially defining the first bonding surface." The Accused Products comprise this element.

138.    For example, the AMD MI300A comprises a first substrate comprising a first insulating layer, an embedded barrier layer disposed on the first insulating layer, and a bonding layer over the embedded barrier layer and partially defining the first bonding surface.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

139.    Claim 14 of the '650 patent recites: "a first contact pad at least partially embedded in the bonding layer, the embedded barrier layer, and the first insulating layer." The Accused Products comprise this element.

140.    For example, the AMD MI300A comprises a first contact pad at least partially embedded in the bonding layer, the embedded barrier layer, and the first insulating layer of the first substrate.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

141.    Claim 14 of the '650 patent recites: "and a second contact pad at least partially embedded in the bonding layer, the embedded barrier layer, and the first insulating layer, wherein the bonding layer and the embedded barrier layer extend from the first contact pad to the second contact pad." The Accused Products comprise this element.

142.    For example, the AMD MI300A comprises a second contact pad at least partially embedded in the bonding layer, the embedded barrier layer, and the first insulating layer of the first substrate, wherein the bonding layer and the embedded barrier layer extend from the first contact pad to the second contact pad.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

143. Claim 14 of the '650 patent recites: "and a second substrate having a second bonding surface directly bonded to the first bonding surface without an intervening adhesive." The Accused Products comprise this element.

144. For example, the AMD MI300A comprises a second substrate having a second bonding surface directly bonded to the first bonding surface without an intervening adhesive.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

145.    Claim 14 of the '650 patent recites: "the second substrate comprising: a second insulating layer, and a third contact pad at least partially embedded in the second insulating layer, the third contact pad directly bonded to the first contact pad without an intervening adhesive." The Accused Products comprise this element.

146.    For example, the AMD MI300A comprises a second substrate comprising a second insulating layer and a third contact pad at least partially embedded in the second insulating layer, with the third contact pad directly bonded to the first contact pad without an intervening adhesive.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

147.    In addition or in the alternative, AMD has directed and controlled and continues to direct or control the manufacturing process and/or importation by Wafer Foundry Facilities, ATMP Facilities, Shipping Facilities, and/or other parties for the Accused Products. AMD is therefore vicariously liable for these actions.

148.    Accordingly, AMD has and continues to directly infringe, literally and/or under the doctrine of equivalents, the '650 patent under 35 U.S.C. §§ 271(a).

149.    In addition, AMD has indirectly infringed and continues to indirectly infringe the '650 patent under 35 U.S.C. § 271(b).

150.    AMD had knowledge of the '650 patent since at least the filing of this Complaint.

151.    Alternatively, AMD took and continues to take the above actions intending to cause infringing acts by others, and/or willfully blinded itself as to the existence of the Asserted Patent and the Accused Products' infringement thereof.

152.    AMD has induced and continues to induce third parties, such as the Wafer Foundry Facilities, ATMP Facilities, Shipping Facilities, and AMD customers, to make, use, sell, offer for sell, or import into the United States the Accused Products.

153.    AMD's agreements, directives, advertising, sales, design, development, and/or technical materials related to operation of the Accused Products contained and continue to contain instructions, directions, suggestions, and/or invitations that invite, entice, lead on, influence, encourage, prevail on, move by persuasion, and/or cause customers and distributors to import into the United States or to offer to sell, sell, or use within the United States the Accused Products.

154.    Accordingly, AMD has indirectly infringed and continues to indirectly infringe the '650 patent under 35 U.S.C. § 271(b).

155.    AMD's infringement of the '650 patent has been and continues to be willful and egregious.

156.    AMD's acts of infringement have caused and continue to cause damage to Plaintiff. Plaintiff is entitled to recover from AMD the damages sustained by Plaintiff as a result of these wrongful acts in an amount subject to proof at trial.

## COUNT 4: INFRINGEMENT OF U.S. PATENT NO. 12,381,173

157.    Plaintiff incorporates the allegations of all of the foregoing paragraphs as if fully restated herein.

158.    The following allegations are based on publicly available information and a reasonable investigation of the structure and operation of the Accused Products. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the Accused Products that it obtains during discovery.

159.    The '173 patent, entitled "Direct Hybrid Bonding of Substrates Having Microelectronic Components with Different Profiles and/or Pitches at the Bonding Interface,"

issued on August 5, 2025, and names Gaius Gillman Fountain, Jr., Chandrasekhar Mandalapu, Cyprian Emeka Uzoh, and Jeremy Alfred Theil as inventors. The '173 patent is attached as Exhibit D.

160.    Adeia Semiconductor Bonding Technologies Inc. owns all rights, title, and interest in the '173 patent, and holds all substantial rights pertinent to this suit, including the right to sue and recover for all past, current, and future infringement.

161.    The '173 patent is valid, enforceable, and directed to patentable subject matter.

162.    AMD has infringed and continues to infringe one or more claims of the '173 patent by making, using, selling and/or offering to sell Accused Products in this District and elsewhere in the United States, and/or importing Accused Products into this District and elsewhere in the United States.

163.    Plaintiff provides the following explanation of infringement with regard to an exemplary claim compared to exemplary functionality in a representative product. Plaintiff reserves the right to present additional or alternative explanations of infringement for the claim and functionalities identified below and for other claims and functionalities of the Accused Products.

164.    Claim 16 of the '173 patent recites: "a component comprising." To the extent the preamble is limiting, the Accused Products comprise this element.

165.    By way of example only, the AMD MI300A is an Accused Product. To the extent the preamble is limiting, the AMD MI300A comprises a component.



Source: *Data Sheet: AMD Instinct™ MI300A*, AMD, https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/data-sheets/amd-instinct-mi300a-data-sheet.pdf (last visited Oct. 31, 2025).

166.    Claim 16 of the '173 patent recites: "a first substrate comprising at least a first dielectric layer." The Accused Products comprise this element.

167.    For example, the AMD MI300A comprises a first substrate comprising at least a first dielectric layer.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, Inst. Elec. & Elecs. Eng'rs (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

168.    Claim 16 of the '173 patent recites: "a first plurality of first conductive structures at least partially embedded in the first dielectric layer and having a first pitch." The Accused Products comprise this element.

169.    For example, the AMD MI300A comprises a first plurality of first conductive structures at least partially embedded in the first dielectric layer and having a first pitch.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

170.    Claim 16 of the '173 patent recites: "and a second plurality of second conductive structures at least partially embedded in the first dielectric layer and having a second pitch different from the first pitch, the first and second pluralities being on a same side of the first substrate." The Accused Products comprise this element.

171.    For example, the AMD MI300A comprises a second plurality of second conductive structures at least partially embedded in the first dielectric layer and having a second pitch different from the first pitch and on the same side of the first substate as the first plurality of conductive structures.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

172.    Claim 16 of the '173 patent recites: "the first dielectric layer at a bonding interface comprising a deposited layer including nitrogen." The Accused Products comprise this element.

173.    For example, the AMD MI300A comprises a first dielectric layer at a bonding interface comprising a deposited layer including nitrogen.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

174.    Claim 16 of the '173 patent recites: "and a second substrate directly hybrid bonded to the first substrate, the second substrate comprising at least a second dielectric layer directly bonded to the first dielectric layer at the bonding interface." The Accused Products comprise this element.

175.    For example, the AMD MI300A comprises a second substrate directly hybrid bonded to the first substrate, the second substrate comprising at least a second dielectric layer directly bonded to the first dielectric layer at the bonding interface.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

176. Claim 16 of the '173 patent recites: "a third plurality of third conductive structures at least partially embedded in the second dielectric layer." The Accused Products comprise this element.

177. For example, the AMD MI300A comprises a third plurality of third conductive structures at least partially embedded in the second dielectric layer.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

178.    Claim 16 of the '173 patent recites: "and a fourth plurality of fourth conductive structures at least partially embedded in the second dielectric layer, the third and fourth pluralities being on a same side of the second substrate." The Accused Products comprise this element.

179.    For example, the AMD MI300A comprises a fourth plurality of fourth conductive structures at least partially embedded in the second dielectric layer, with the third and fourth pluralities being on the same side of the second substrate.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

180.    Claim 16 of the '173 patent recites: "at least one of the third conductive structures on the second substrate directly bonded to at least one of the first conductive structures on the first substrate and at least one of the fourth conductive structures on the second substrate directly bonded to at least one of the second conductive structures on the first substrate." The Accused Products comprise this element.

181.    For example, the AMD MI300A comprises at least one of the third conductive structures on the second substrate directly bonded to at least one of the first conductive structures on the first substrate and at least one of the fourth conductive structures on the second substrate directly bonded to at least one of the second conductive structures on the first substrate.



Source: Samuel K. Moore, *AMD's Next GPU Is a 3D-Integrated Superchip*, INST. ELEC. & ELECS. ENG'RS (Dec. 6, 2023), https://spectrum.ieee.org/amd-mi300.



Source: Marco Chiappetta, *AMD Instinct MI300 Series Architecture Deep Dive Reveal: Advancing AI And HPC*, HOTHARDWARE (Dec. 6, 2023 at 15:00 EDT), https://hothardware.com/reviews/amd-instinct-mi300-family-architecture-advancing-ai-and-hpc.

182.    In addition or in the alternative, AMD has directed and controlled and continues to direct or control the manufacturing process and/or importation by Wafer Foundry Facilities, ATMP Facilities, Shipping Facilities, and/or other parties for the Accused Products. AMD is therefore vicariously liable for these actions.

183.    Accordingly, AMD has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, the '173 patent under 35 U.S.C. §§ 271(a).

184.    In addition, AMD has indirectly infringed and continues to indirectly infringe the '173 patent under 35 U.S.C. § 271(b).

185.    AMD had knowledge of the '173 patent since at least the filing of this Complaint.

186.    Alternatively, AMD took and continues to take the above actions intending to cause infringing acts by others, and/or willfully blinded itself as to the existence of the Asserted Patent and the Accused Products' infringement thereof.

187.    AMD has induced and continues to induce third parties, such as the Wafer Foundry Facilities, ATMP Facilities, Shipping Facilities, and AMD customers, to make, use, sell, offer for sell, or import into the United States the Accused Products.

188.    AMD's agreements, directives, advertising, sales, design, development, and/or technical materials related to operation of the Accused Products contained and continue to contain instructions, directions, suggestions, and/or invitations that invite, entice, lead on, influence, encourage, prevail on, move by persuasion, and/or cause customers and distributors to import into the United States or to offer to sell, sell, or use within the United States the Accused Products.

189.    Accordingly, AMD has indirectly infringed and continues to indirectly infringe the '173 patent under 35 U.S.C. § 271(b).

190.    AMD's infringement of the '173 patent has been and continues to be willful and egregious.

191.    AMD's acts of infringement have caused and continue to cause damage to Plaintiff. Plaintiff is entitled to recover from AMD the damages sustained by Plaintiff as a result of these wrongful acts in an amount subject to proof at trial.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff Adeia Semiconductor Bonding Technologies Inc. asks this Court for an order granting the following relief:

A.      A judgment in favor of Plaintiff that AMD has infringed, either literally and/or under the doctrine of equivalents, the '681, '069, '650, and '173 patents;

B.      A judgment and order finding that AMD's infringement has been willful;

C.      Preliminary and/or permanent injunctions prohibiting AMD from further acts of infringement;

D.      A judgment and order requiring AMD to pay Plaintiff its damages, costs, expenses, and any enhanced damages to which Plaintiff is entitled for AMD's infringement;

E.      A judgment and order requiring AMD to provide an accounting and to pay supplemental damages to Plaintiff, including without limitation, pre-judgment and post-judgment interest;

F.      A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Plaintiff its reasonable attorneys' fees against AMD; and

G.      Any and all other relief as the Court may deem appropriate and just under the circumstances.

DATED: November 3, 2025                         Respectfully submitted,

                                                */s/Bradley W. Caldwell*
                                                Jennifer D. Cieluch
                                                **ALSTON & BIRD LLP**
                                                90 Park Avenue
                                                New York, NY 10016
                                                (212) 210-9400

                                                Adam D. Swain
                                                **ALSTON & BIRD LLP**
                                                950 F Street NW
                                                Washington, DC 20004
                                                (202) 239-3300

                                                John D. Haynes
                                                Nicholas T. Tsui
                                                **ALSTON & BIRD LLP**
                                                1201 West Peachtree Street, Suite 4900
                                                Atlanta, GA 30309
                                                (404) 881-7000

                                                Stephen R. Lareau
                                                **ALSTON & BIRD LLP**
                                                Vantage South End
                                                1120 South Tryon Street
                                                Suite 300
                                                Charlotte, NC 28203-6818
                                                (704) 444-1000

                                                Bradley W. Caldwell
                                                Texas Bar No. 24040630
                                                Email: bcaldwell@caldwellcc.com
                                                Jason D. Cassady
                                                Texas Bar No. 24045625
                                                Email: jcassady@caldwellcc.com
                                                John Austin Curry
                                                Texas Bar No. 24059636
                                                Email: acurry@caldwellcc.com
                                                Robert Seth Reich, Jr.
                                                Texas Bar No. 24088283
                                                Email: rreich@caldwellcc.com
                                                Brian D. Johnston (*pro hac vice* pending)
                                                Texas Bar No. 24080965
                                                Email: bjohnston@caldwellcc.com
                                                Andrew T. Langford
                                                Texas Bar No. 24087886
                                                Email: alangford@caldwellcc.com
                                                Eric M. Horsley (*pro hac vice* pending)
                                                Texas Bar No. 24131396
                                                Email: ehorsley@caldwellcc.com

Bjorn A. Blomquist
Texas Bar No. 24125125
Email: bblomquist@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl Street
Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Mark D. Siegmund
Texas Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas
76710
Phone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

*Counsel for Plaintiffs Adeia Semiconductor
Bonding Technologies Inc.*