# *Exhibit C*

US012322650B2

(12) **United States Patent**
Katkar et al.

(10) Patent No.: **US 12,322,650 B2**
(45) Date of Patent: ***Jun. 3, 2025**

(54) **DIFFUSION BARRIER FOR INTERCONNECTS**

(71) Applicant: **ADEIA SEMICONDUCTOR BONDING TECHNOLOGIES INC.**, San Jose, CA (US)

(72) Inventors: **Rajesh Katkar**, Milpitas, CA (US); **Cyprian Emeka Uzoh**, San Jose, CA (US)

(73) Assignee: **ADEIA SEMICONDUCTOR BONDING TECHNOLOGIES INC.**, San Jose, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/822,980**

(22) Filed: **Sep. 3, 2024**

(65) **Prior Publication Data**

US 2024/0429094 A1    Dec. 26, 2024

**Related U.S. Application Data**

(63) Continuation of application No. 18/297,829, filed on Apr. 10, 2023, now Pat. No. 12,198,981, which is a
(Continued)

(51) **Int. Cl.**
*H01L 21/768* (2006.01)
*H01L 21/68* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ *H01L 21/76843* (2013.01); *H01L 21/68* (2013.01); *H01L 23/53238* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .............. H01L 21/76843; H01L 21/68; H01L 23/53238; H01L 24/09; H01L 21/76831;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,753,536 A    5/1998 Sugiyama et al.
5,755,859 A    5/1998 Brusic et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN    106298527 A    1/2017
FR    3025051 A1    2/2016
(Continued)

OTHER PUBLICATIONS

Bush, Steve, "Electronica: Automotive power modules from On Semi," ElectronicsWeekly.com, indicating an ONSEMI AR0820 product was to be demonstrated at a Nov. 2018 trade show, https://www.electronicsweekly.com/news/products/power-supplies/electronica-automotive-power-modules-semi-2018-11/ (published Nov. 8, 2018; downloaded Jul. 26, 2023).
(Continued)

*Primary Examiner* — Thanh Y. Tran
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

Representative implementations of techniques and devices are used to reduce or prevent conductive material diffusion into insulating or dielectric material of bonded substrates. Misaligned conductive structures can come into direct contact with a dielectric portion of the substrates due to overlap, especially while employing direct bonding techniques. A barrier interface that can inhibit the diffusion is disposed generally between the conductive material and the dielectric at the overlap.

**30 Claims, 8 Drawing Sheets**



US 12,322,650 B2

Page 2

## Related U.S. Application Data

continuation of application No. 17/313,185, filed on
May 6, 2021, now Pat. No. 11,694,925, which is a
continuation of application No. 16/143,850, filed on
Sep. 27, 2018, now Pat. No. 11,031,285.

(60) Provisional application No. 62/569,232, filed on Oct.
6, 2017.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *H01L 23/00* | (2006.01) | |
| *H01L 23/532* | (2006.01) | |
| *H01L 25/00* | (2006.01) | |
| *H01L 25/065* | (2023.01) | |

(52) **U.S. Cl.**
CPC .......... *H01L 24/09* (2013.01); *H01L 25/0657*
(2013.01); *H01L 25/50* (2013.01); *H01L
2224/08237* (2013.01); *H01L 2225/06513*
(2013.01); *H01L 2924/37001* (2013.01)

(58) **Field of Classification Search**
CPC ......... H01L 24/06; H01L 24/08; H01L 24/05;
H01L 2224/039; H01L 2224/0603; H01L
2224/08145; H01L 2224/08146; H01L
2224/08235; H01L 2224/08237
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,771,555 | A | 6/1998 | Eda et al. |
| 6,080,640 | A | 6/2000 | Gardner et al. |
| 6,423,640 | B1 | 7/2002 | Lee et al. |
| 6,465,892 | B1 | 10/2002 | Suga |
| 6,887,769 | B2 | 5/2005 | Kellar et al. |
| 6,908,027 | B2 | 6/2005 | Tolchinsky et al. |
| 7,045,453 | B2 | 5/2006 | Canaperi et al. |
| 7,105,980 | B2 | 9/2006 | Abbott et al. |
| 7,193,423 | B1 | 3/2007 | Dalton et al. |
| 7,750,488 | B2 | 7/2010 | Patti et al. |
| 7,803,693 | B2 | 9/2010 | Trezza |
| 8,183,127 | B2 | 5/2012 | Patti et al. |
| 8,349,635 | B1 | 1/2013 | Gan et al. |
| 8,377,798 | B2 | 2/2013 | Peng et al. |
| 8,441,131 | B2 | 5/2013 | Ryan |
| 8,476,165 | B2 | 7/2013 | Trickett et al. |
| 8,482,132 | B2 | 7/2013 | Yang et al. |
| 8,501,537 | B2 | 8/2013 | Sadaka et al. |
| 8,524,533 | B2 | 9/2013 | Tong et al. |
| 8,620,164 | B2 | 12/2013 | Heck et al. |
| 8,647,987 | B2 | 2/2014 | Yang et al. |
| 8,697,493 | B2 | 4/2014 | Sadaka |
| 8,716,105 | B2 | 5/2014 | Sadaka et al. |
| 8,802,538 | B1 | 8/2014 | Liu |
| 8,809,123 | B2 | 8/2014 | Liu et al. |
| 8,841,002 | B2 | 9/2014 | Tong |
| 9,093,350 | B2 | 7/2015 | Endo et al. |
| 9,142,517 | B2 | 9/2015 | Liu et al. |
| 9,171,756 | B2 | 10/2015 | Enquist et al. |
| 9,184,125 | B2 | 11/2015 | Enquist et al. |
| 9,224,704 | B2 | 12/2015 | Landru |
| 9,230,941 | B2 | 1/2016 | Chen et al. |
| 9,257,399 | B2 | 2/2016 | Kuang et al. |
| 9,299,736 | B2 | 3/2016 | Chen et al. |
| 9,312,229 | B2 | 4/2016 | Chen et al. |
| 9,331,149 | B2 | 5/2016 | Tong et al. |
| 9,337,235 | B2 | 5/2016 | Chen et al. |
| 9,385,024 | B2 | 7/2016 | Tong et al. |
| 9,394,161 | B2 | 7/2016 | Cheng et al. |
| 9,431,368 | B2 | 8/2016 | Enquist et al. |
| 9,437,572 | B2 | 9/2016 | Chen et al. |
| 9,443,796 | B2 | 9/2016 | Chou et al. |
| 9,461,007 | B2 | 10/2016 | Chun et al. |
| 9,496,239 | B1 | 11/2016 | Edelstein et al. |
| 9,536,848 | B2 | 1/2017 | England et al. |
| 9,559,081 | B1 | 1/2017 | Lai et al. |
| 9,620,481 | B2 | 4/2017 | Edelstein et al. |
| 9,656,852 | B2 | 5/2017 | Cheng et al. |
| 9,723,716 | B2 | 8/2017 | Meinhold |
| 9,728,521 | B2 | 8/2017 | Tsai et al. |
| 9,741,620 | B2 | 8/2017 | Uzoh et al. |
| 9,780,035 | B1 | 10/2017 | Briggs et al. |
| 9,799,587 | B2 | 10/2017 | Fujii et al. |
| 9,852,988 | B2 | 12/2017 | Enquist et al. |
| 9,893,004 | B2 | 2/2018 | Yazdani |
| 9,929,050 | B2 | 3/2018 | Lin |
| 9,941,241 | B2 | 4/2018 | Edelstein et al. |
| 9,941,243 | B2 | 4/2018 | Kim et al. |
| 9,953,941 | B2 | 4/2018 | Enquist |
| 9,960,142 | B2 | 5/2018 | Chen et al. |
| 10,002,844 | B1 | 6/2018 | Wang et al. |
| 10,026,605 | B2 | 7/2018 | Doub et al. |
| 10,075,657 | B2 | 9/2018 | Fahim et al. |
| 10,204,893 | B2 | 2/2019 | Uzoh et al. |
| 10,269,756 | B2 | 4/2019 | Uzoh |
| 10,276,619 | B2 | 4/2019 | Kao et al. |
| 10,276,909 | B2 | 4/2019 | Huang et al. |
| 10,418,277 | B2 | 9/2019 | Cheng et al. |
| 10,446,456 | B2 | 10/2019 | Shen et al. |
| 10,446,487 | B2 | 10/2019 | Huang et al. |
| 10,446,532 | B2 | 10/2019 | Uzoh et al. |
| 10,508,030 | B2 | 12/2019 | Katkar et al. |
| 10,522,499 | B2 | 12/2019 | Enquist et al. |
| 10,707,087 | B2 | 7/2020 | Uzoh et al. |
| 10,727,122 | B2 | 7/2020 | Backes et al. |
| 10,784,191 | B2 | 9/2020 | Huang et al. |
| 10,790,262 | B2 | 9/2020 | Uzoh et al. |
| 10,840,135 | B2 | 11/2020 | Uzoh |
| 10,840,205 | B2 | 11/2020 | Fountain, Jr. et al. |
| 10,854,578 | B2 | 12/2020 | Morein |
| 10,879,212 | B2 | 12/2020 | Uzoh et al. |
| 10,886,177 | B2 | 1/2021 | DeLaCruz et al. |
| 10,892,246 | B2 | 1/2021 | Uzoh |
| 10,923,408 | B2 | 2/2021 | Huang et al. |
| 10,923,413 | B2 | 2/2021 | DeLaCruz |
| 10,937,755 | B2 | 3/2021 | Shah et al. |
| 10,950,547 | B2 | 3/2021 | Mohammed et al. |
| 10,964,664 | B2 | 3/2021 | Mandalapu et al. |
| 10,985,133 | B2 | 4/2021 | Uzoh |
| 10,991,804 | B2 | 4/2021 | DeLaCruz et al. |
| 10,998,292 | B2 | 5/2021 | Lee et al. |
| 11,004,757 | B2 | 5/2021 | Katkar et al. |
| 11,011,494 | B2 | 5/2021 | Gao et al. |
| 11,011,503 | B2 | 5/2021 | Wang et al. |
| 11,031,285 | B2 | 6/2021 | Katkar et al. |
| 11,037,919 | B2 | 6/2021 | Uzoh et al. |
| 11,056,348 | B2 | 7/2021 | Theil |
| 11,069,734 | B2 | 7/2021 | Katkar |
| 11,088,099 | B2 | 8/2021 | Katkar et al. |
| 11,127,738 | B2 | 9/2021 | DeLaCruz et al. |
| 11,158,573 | B2 | 10/2021 | Uzoh et al. |
| 11,158,606 | B2 | 10/2021 | Gao et al. |
| 11,169,326 | B2 | 11/2021 | Huang et al. |
| 11,171,117 | B2 | 11/2021 | Gao et al. |
| 11,176,450 | B2 | 11/2021 | Teig et al. |
| 11,195,748 | B2 | 12/2021 | Uzoh et al. |
| 11,205,625 | B2 | 12/2021 | DeLaCruz et al. |
| 11,244,920 | B2 | 2/2022 | Uzoh |
| 11,256,004 | B2 | 2/2022 | Haba et al. |
| 11,264,357 | B1 | 3/2022 | DeLaCruz et al. |
| 11,276,676 | B2 | 3/2022 | Enquist et al. |
| 11,296,044 | B2 | 4/2022 | Gao et al. |
| 11,296,053 | B2 | 4/2022 | Uzoh et al. |
| 11,329,034 | B2 | 5/2022 | Tao et al. |
| 11,348,898 | B2 | 5/2022 | DeLaCruz et al. |
| 11,355,404 | B2 | 6/2022 | Gao et al. |
| 11,355,443 | B2 | 6/2022 | Huang et al. |
| 11,367,652 | B2 | 6/2022 | Uzoh et al. |
| 11,373,963 | B2 | 6/2022 | DeLaCruz et al. |
| 11,380,597 | B2 | 7/2022 | Katkar et al. |
| 11,385,278 | B2 | 7/2022 | DeLaCruz et al. |
| 11,387,202 | B2 | 7/2022 | Haba et al. |

# US 12,322,650 B2

Page 3

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 11,387,214 | B2 | 7/2022 | Wang et al. |
| 11,393,779 | B2 | 7/2022 | Gao et al. |
| 11,462,419 | B2 | 10/2022 | Haba |
| 11,476,213 | B2 | 10/2022 | Haba et al. |
| 11,515,291 | B2 | 11/2022 | DeLaCruz et al. |
| 11,694,925 | B2* | 7/2023 | Katkar .............. H01L 25/0657 |
| | | | 257/751 |
| 12,198,981 | B2* | 1/2025 | Katkar .............. H01L 21/76843 |
| 2003/0186543 | A1 | 10/2003 | Jiang et al. |
| 2004/0084414 | A1 | 5/2004 | Sakai et al. |
| 2006/0057945 | A1 | 3/2006 | Hsu et al. |
| 2007/0105366 | A1 | 5/2007 | Aubel et al. |
| 2007/0111386 | A1 | 5/2007 | Kim et al. |
| 2008/0054444 | A1 | 3/2008 | Tuttle |
| 2010/0078770 | A1 | 4/2010 | Purushothaman et al. |
| 2010/0155951 | A1 | 6/2010 | Koike et al. |
| 2011/0084403 | A1 | 4/2011 | Yang et al. |
| 2012/0045893 | A1 | 2/2012 | Koerner |
| 2012/0094469 | A1 | 4/2012 | Landru |
| 2012/0196442 | A1 | 8/2012 | Deng |
| 2012/0202348 | A1 | 8/2012 | Tomiyama et al. |
| 2013/0009321 | A1 | 1/2013 | Kagawa et al. |
| 2013/0011938 | A1 | 1/2013 | Tsao et al. |
| 2013/0014978 | A1 | 1/2013 | Uzoh et al. |
| 2013/0122719 | A1 | 5/2013 | De Vries |
| 2013/0207271 | A1 | 8/2013 | Hagimoto et al. |
| 2014/0021614 | A1 | 1/2014 | Yu et al. |
| 2014/0011754 | A9 | 5/2014 | Cai et al. |
| 2014/0117546 | A1 | 5/2014 | Liu et al. |
| 2014/0175655 | A1 | 6/2014 | Chen et al. |
| 2014/0264948 | A1 | 9/2014 | Chou et al. |
| 2015/0021789 | A1 | 1/2015 | Lin |
| 2015/0064498 | A1 | 3/2015 | Tong |
| 2015/0108644 | A1 | 4/2015 | Kuang et al. |
| 2015/0243611 | A1 | 8/2015 | Liu et al. |
| 2015/0262976 | A1 | 9/2015 | Edelstein et al. |
| 2015/0371953 | A1 | 12/2015 | Yu et al. |
| 2016/0013160 | A1 | 1/2016 | Chun et al. |
| 2016/0118335 | A1 | 4/2016 | Lee et al. |
| 2016/0141202 | A1 | 5/2016 | Xue et al. |
| 2016/0141249 | A1 | 5/2016 | Kang et al. |
| 2016/0190066 | A1 | 6/2016 | Lin et al. |
| 2016/0197049 | A1 | 7/2016 | Chen et al. |
| 2016/0336231 | A1 | 11/2016 | Tsai et al. |
| 2016/0343682 | A1 | 11/2016 | Kawasaki |
| 2016/0343762 | A1 | 11/2016 | Kagawa et al. |
| 2018/0138224 | A1 | 5/2018 | Haneda |
| 2018/0175012 | A1 | 6/2018 | Wu et al. |
| 2018/0182639 | A1 | 6/2018 | Uzoh et al. |
| 2018/0182666 | A1 | 6/2018 | Uzoh et al. |
| 2018/0190580 | A1 | 7/2018 | Haba et al. |
| 2018/0190583 | A1 | 7/2018 | DeLaCruz et al. |
| 2018/0204868 | A1 | 7/2018 | Kuo et al. |
| 2018/0219038 | A1 | 8/2018 | Gambino et al. |
| 2018/0323177 | A1 | 11/2018 | Yu et al. |
| 2018/0323227 | A1 | 11/2018 | Zhang et al. |
| 2018/0331066 | A1 | 11/2018 | Uzoh et al. |
| 2019/0109042 | A1 | 4/2019 | Katkar et al. |
| 2019/0115277 | A1 | 4/2019 | Yu et al. |
| 2019/0122931 | A1 | 4/2019 | Huang et al. |
| 2019/0131277 | A1 | 5/2019 | Yang et al. |
| 2019/0333550 | A1 | 10/2019 | Fisch |
| 2019/0385935 | A1 | 12/2019 | Gao et al. |
| 2020/0013765 | A1 | 1/2020 | Fountain, Jr. et al. |
| 2020/0035641 | A1 | 1/2020 | Fountain, Jr. et al. |
| 2020/0194396 | A1 | 6/2020 | Uzoh |
| 2020/0294908 | A1 | 9/2020 | Haba et al. |
| 2020/0328162 | A1 | 10/2020 | Haba et al. |
| 2020/0395321 | A1 | 12/2020 | Katkar et al. |
| 2021/0098412 | A1 | 4/2021 | Haba et al. |
| 2021/0118864 | A1 | 4/2021 | DeLaCruz et al. |
| 2021/0143125 | A1 | 5/2021 | DeLaCruz et al. |
| 2021/0159117 | A1 | 5/2021 | Wang et al. |
| 2021/0181510 | A1 | 6/2021 | Katkar et al. |
| 2021/0193603 | A1 | 6/2021 | Katkar et al. |
| 2021/0193624 | A1 | 6/2021 | DeLaCruz et al. |
| 2021/0193625 | A1 | 6/2021 | DeLaCruz et al. |
| 2021/0242152 | A1 | 8/2021 | Fountain, Jr. et al. |
| 2021/0265200 | A1 | 8/2021 | Kagawa et al. |
| 2021/0296282 | A1 | 9/2021 | Gao et al. |
| 2021/0305202 | A1 | 9/2021 | Uzoh et al. |
| 2021/0366820 | A1 | 11/2021 | Uzoh |
| 2021/0407941 | A1 | 12/2021 | Haba |
| 2022/0077063 | A1 | 3/2022 | Haba |
| 2022/0077087 | A1 | 3/2022 | Haba |
| 2022/0139867 | A1 | 5/2022 | Uzoh |
| 2022/0139869 | A1 | 5/2022 | Gao et al. |
| 2022/0208650 | A1 | 6/2022 | Gao et al. |
| 2022/0208702 | A1 | 6/2022 | Uzoh |
| 2022/0208723 | A1 | 6/2022 | Katkar et al. |
| 2022/0246497 | A1 | 8/2022 | Fountain, Jr. et al. |
| 2022/0271117 | A1 | 8/2022 | Leng |
| 2022/0285303 | A1 | 9/2022 | Mirkarimi et al. |
| 2022/0310446 | A1 | 9/2022 | Chung et al. |
| 2022/0319901 | A1 | 10/2022 | Suwito et al. |
| 2022/0320035 | A1 | 10/2022 | Uzoh et al. |
| 2022/0320036 | A1 | 10/2022 | Gao et al. |
| 2023/0005850 | A1 | 1/2023 | Fountain, Jr. |
| 2023/0019869 | A1 | 1/2023 | Mirkarimi et al. |
| 2023/0036441 | A1 | 2/2023 | Haba et al. |
| 2023/0067677 | A1 | 3/2023 | Lee et al. |
| 2023/0069183 | A1 | 3/2023 | Haba |
| 2023/0100032 | A1 | 3/2023 | Haba et al. |
| 2023/0115122 | A1 | 4/2023 | Uzoh et al. |
| 2023/0122531 | A1 | 4/2023 | Uzoh |
| 2023/0123423 | A1 | 4/2023 | Gao et al. |
| 2023/0125395 | A1 | 4/2023 | Gao et al. |
| 2023/0130259 | A1 | 4/2023 | Haba et al. |
| 2023/0132632 | A1 | 5/2023 | Katkar et al. |
| 2023/0140107 | A1 | 5/2023 | Uzoh et al. |
| 2023/0142680 | A1 | 5/2023 | Guevara et al. |
| 2023/0154816 | A1 | 5/2023 | Haba et al. |
| 2023/0154828 | A1 | 5/2023 | Haba et al. |
| 2023/0187264 | A1 | 6/2023 | Uzoh et al. |
| 2023/0187317 | A1 | 6/2023 | Uzoh |
| 2023/0187412 | A1 | 6/2023 | Gao et al. |
| 2023/0197453 | A1 | 6/2023 | Fountain, Jr. et al. |
| 2023/0197496 | A1 | 6/2023 | Theil |
| 2023/0197559 | A1 | 6/2023 | Haba et al. |
| 2023/0197560 | A1 | 6/2023 | Katkar et al. |
| 2023/0197655 | A1 | 6/2023 | Theil et al. |
| 2023/0207402 | A1 | 6/2023 | Fountain, Jr. et al. |
| 2023/0207437 | A1 | 6/2023 | Haba |
| 2023/0207474 | A1 | 6/2023 | Uzoh et al. |
| 2023/0207514 | A1 | 6/2023 | Gao et al. |
| 2023/0215836 | A1 | 7/2023 | Haba et al. |
| 2023/0245950 | A1 | 8/2023 | Haba et al. |
| 2023/0268300 | A1 | 8/2023 | Uzoh et al. |
| 2023/0299029 | A1 | 9/2023 | Theil et al. |
| 2023/0343734 | A1 | 10/2023 | Uzoh et al. |
| 2023/0360950 | A1 | 11/2023 | Gao |
| 2023/0360968 | A1 | 11/2023 | Katkar et al. |
| 2023/0361074 | A1 | 11/2023 | Uzoh et al. |
| 2023/0369136 | A1 | 11/2023 | Uzoh et al. |
| 2023/0375613 | A1 | 11/2023 | Haba et al. |
| 2024/0038702 | A1 | 2/2024 | Uzoh |
| 2024/0055407 | A1 | 2/2024 | Workman et al. |
| 2024/0079376 | A1 | 3/2024 | Suwito et al. |
| 2024/0105674 | A1 | 3/2024 | Uzoh et al. |
| 2024/0170411 | A1 | 5/2024 | Chang et al. |
| 2024/0186248 | A1 | 6/2024 | Haba et al. |
| 2024/0186268 | A1 | 6/2024 | Uzoh et al. |
| 2024/0186269 | A1 | 6/2024 | Haba |
| 2024/0203917 | A1 | 6/2024 | Katkar et al. |
| 2024/0213191 | A1 | 6/2024 | Theil et al. |
| 2024/0213210 | A1 | 6/2024 | Haba et al. |
| 2024/0217210 | A1 | 7/2024 | Zhao et al. |
| 2024/0222239 | A1 | 7/2024 | Gao et al. |
| 2024/0222315 | A1 | 7/2024 | Uzoh |
| 2024/0222319 | A1 | 7/2024 | Gao et al. |
| 2024/0266255 | A1 | 8/2024 | Haba et al. |
| 2024/0298454 | A1 | 9/2024 | Haba |
| 2024/0304593 | A1 | 9/2024 | Uzoh |
| 2024/0312951 | A1 | 9/2024 | Theil et al. |

**US 12,322,650 B2**

Page 4

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2024/0332184 | A1 | 10/2024 | Katkar et al. |
| 2024/0332227 | A1 | 10/2024 | Uzoh et al. |
| 2024/0332231 | A1 | 10/2024 | Uzoh |
| 2024/0332267 | A1 | 10/2024 | Haba et al. |
| 2024/0387419 | A1 | 11/2024 | Mrozek et al. |
| 2025/0004197 | A1 | 1/2025 | Haba et al. |
| 2025/0006632 | A1 | 1/2025 | Chang et al. |
| 2025/0006642 | A1 | 1/2025 | Uzoh et al. |
| 2025/0006674 | A1 | 1/2025 | Uzoh et al. |
| 2025/0006679 | A1 | 1/2025 | Theil et al. |
| 2025/0006689 | A1 | 1/2025 | Uzoh et al. |
| 2025/0054854 | A1 | 2/2025 | Katkar et al. |
| 2025/0079364 | A1 | 3/2025 | Uzoh et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | H0629718 A | 2/1994 |
| JP | 2013-033786 A | 2/2013 |
| JP | 2017-135247 A | 8/2017 |
| JP | 2018-160519 | 10/2018 |
| KR | 10-2013-0007972 | 1/2013 |
| KR | 10-2016-0108784 | 9/2016 |
| WO | WO 2005/043584 A2 | 5/2005 |
| WO | WO 2016/152513 A1 | 9/2016 |
| WO | WO 2021/242321 A1 | 12/2021 |

OTHER PUBLICATIONS

Ker, Ming-Dou et al., "Fully process-compatible layout design on bond pad to improve wire bond reliability in CMOS ICs," IEEE Transactions on Components and Packaging Technologies, Jun. 2002, vol. 25, No. 2, pp. 309-316.
Moriceau, H. et al., "Overview of recent direct wafer bonding advances and applications," Adv Nat Sciences: Nanoscience and Nanotechnology, Dec. 2010;1(4):043004; 11 pages.
Morrison, Jim et al., "Samsung Galaxy S7 Edge Teardown," Tech Insights (posted Apr. 24, 2016), includes description of hybrid bonded Sony IMX260 dual-pixel sensor, https://www.techinsights.com/blog/samsung-galaxy-s7-edge-teardown, downloaded Jul. 11, 2023, 9 pages.
Nakanishi, H. et al., "Studies on SiO2—SiO2 bonding with hydrofluoric acid. Room temperature and low stress bonding technique for MEMS," Sensors and Actuators, 2000, vol. 79, pp. 237-244.
Oberhammer, J. et al., "Sealing of adhesive bonded devices on wafer level," Sensors and Actuators A, 2004, vol. 110, No. 1-3, pp. 407-412.
ONSEMI AR0820 image, cross section of a CMOS image sensor product. The part in the image was shipped on Sep. 16, 2021. Applicant makes no representation that the part in the image is identical to the part identified in the separately submitted reference Bush, Nov. 8, 2018, ElectronicsWeekly.com ("Bush article"); however, the imaged part and the part shown in the BUSH article share the part number "ONSEMI AR0820.".
OmniVision OV20880 Press Release, "OmniVision Announces New Family of 20-Megapixel PureCel® Plus-S Sensors for High-End Smartphones," www.prnewswire.com/news-releases/omnivision-

announces-new-family-of-20-megapixel-purecelplus-s-sensors-for-high-end-smartphones-300358733.html (Nov. 7, 2016), downloaded May 31, 2024; 3 pages.
OmniVision OV20880 Images, cross-section and EDX material analysis of hybrid bonded image sensor product. The part in the images was shipped Sep. 3, 2021. The first image is a cross section showing hybrid bonded parts; the second image is an EDX materials analysis taken through dielectrics on either side of the bond interface; the third image is an EDX materials analysis taken through metal parts on either side of the bond interface. Applicant makes no representation that the part in the images is identical to the part identified in the separately submitted reference Omnivision OV20880 Press Release (dated Nov. 7, 2016); however, the imaged part and the part shown in Omnivision OV20880 Press Release share the part name "Omnivision OV20880."
Plössl, A. et al., "Wafer direct bonding: tailoring adhesion between brittle materials," Materials Science and Engineering: R: Reports. Mar. 10, 1999;25(1-2):1-88.
Sony IMX260 images, showing various cross sections and materials analyses for a hybrid bonded back side illuminated CMOS image sensor. The part in the images was shipped in Apr. 2016. Applicant makes no representation that the part in the images is identical to the part identified in the separately submitted reference Morrison et al. (Tech Insights article dated Apr. 24, 2016), describing and showing a similar sensor product within the Samsung Galaxy S7; however the imaged part and the part shown in the Morrison et al. article share the part name "Sony IMX260 image." (8 pages).
Yang, Chih-Chao et al., "Co Capping Layers for Cu/Low-k Interconnects," IBM Research, AMC, Albany, NY, Oct. 5-7, 2010, 16 pages.
Chinese Office Action mailed Nov. 30, 2023, Chinese Application No. 201880055006.5, 11 pages.
Supplementary European Search Report in EP 18864135, dated Apr. 28, 2021.
Extended European Search Report for EP Appl. No. 18864135.1, mailed May 10, 2021, 10 pages.
Extended European Search Report for EP Appl. No. 22166588.8, mailed Oct. 31, 2022, 12 pages.
Korean Notice of Final Rejection, in KR 10-2020-7007913, dated Jan. 10, 2022.
International Search Report and Written Opinion dated Feb. 1, 2019, for PCT Application No. PCT/US2018/053736, 10 pages.
Bao et al., Mechanistic Study of Plasma Damage of Low k Dielectric Surfaces. J Vac Sci Technol B: Jan. 1, 2008;26(1): 219-226.
Chen et al., Low-Temperature Remote Plasma Enhanced Atomic Layer Deposition of ZrO2/Zircone Nanolaminate Film for Efficient Encapsulation of Flexible Organic Light-Emitting Diodes. Sci Reports. Jan. 6, 2017;7(1): 40061; 9 pages.
Cheng et al., "Plasma Damage on Low-k Dielectric Materials". Vienna, Austria: In Tech Open; Nov. 5, 2018; Chapter 15: 28 pages; http://dx.doi.org/10.5772/intechopen.79494.
Groner et al., "Low-Temperature Al2O3 Atomic Layer Deposition". Chem Materials. Feb. 24, 2004;16(4): 639-645.
Zhu et al., Low-Temperature Plasma-Enhanced Atomic Layer Deposition of SiO2 Using Carbon Dioxide. Nanoscale Research Letters. Dec. 2019;14: 1-8.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3A



FIG. 3B



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 4D



FIG. 4E



FIG. 4F



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 6



FIG. 7

800

FORM A FIRST CAVITY IN A SURFACE OF A FIRST SUBSTRATE, THE
FIRST SUBSTRATE COMPRISING AN INSULATING MATERIAL OR
DIELECTRIC
802

FORM A FIRST BARRIER INTERFACE AT THE SURFACE OF THE FIRST
SUBSTRATE AND AT LEAST PARTIALLY SURROUNDING A PERIMETER OF
THE FIRST CAVITY, THE FIRST BARRIER INTERFACE COMPRISING A
MATERIAL DIFFERENT FROM THE INSULATING MATERIAL OR DIELECTRIC
AND ARRANGED TO INHIBIT A DIFFUSION OF A CONDUCTIVE MATERIAL
INTO THE FIRST SUBSTRATE
804

FILL THE FIRST CAVITY WITH THE CONDUCTIVE MATERIAL
806

PLANARIZE AT LEAST A PORTION OF THE SURFACE OF THE FIRST
SUBSTRATE, THE FIRST BARRIER INTERFACE, AND THE CONDUCTIVE
MATERIAL TO FORM A FIRST CONDUCTIVE INTERCONNECT STRUCTURE
WITH A FIRST BARRIER INTERFACE AT LEAST PARTIALLY SURROUNDING
AN EXPOSED SURFACE OF THE FIRST CONDUCTIVE INTERCONNECT
STRUCTURE
808

FIG. 8

US 12,322,650 B2

1

# DIFFUSION BARRIER FOR INTERCONNECTS

## PRIORITY CLAIM AND CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 18/297,829, filed Apr. 10, 2023, which is a continuation of U.S. patent application Ser. No. 17/313,185, filed May 6, 2021, now U.S. Pat. No. 11,694,925, which is a continuation of U.S. patent application Ser. No. 16/143, 850, filed Sep. 27, 2018, now U.S. Pat. No. 11,031,285, which claims the benefit under 35 U.S.C. § 119 (e) (1) of U.S. Provisional Application No. 62/569,232, filed Oct. 6, 2017, each of which are hereby incorporated by reference in their entirety.

## FIELD

The following description relates to processing of integrated circuits ("ICs"). More particularly, the following description relates to techniques for processing dies or wafers in preparation for bonding.

## BACKGROUND

Dies or wafers, and the like, may be stacked in a three-dimensional arrangement as part of various microelectronic packaging schemes. This can include stacking one or more dies or wafers on a larger base die or wafer, stacking multiple dies or wafers in a vertical arrangement, and various combinations of these. Dies may be stacked on wafers or wafers may be stacked on other wafers prior to singulation. The dies or wafers may be bonded in a stacked arrangement using various bonding techniques, including using direct dielectric bonding, non-adhesive technique, such as a ZiBond® direct bonding technique or a DBI® hybrid bonding technique, both available from Invensas Bonding Technologies, Inc. (formerly Ziptronix, Inc.), a subsidiary of Xperi Corp. (see for example, U.S. Pat. Nos. 6,864,585 and 7,485,968, which are incorporated herein in their entirety).

When bonding stacked dies or wafers using a direct bonding technique, it is desirable that the surfaces of the dies or wafers to be bonded be extremely flat and smooth. For instance, the surfaces should have a very low variance in surface topology, such that the surfaces can be closely mated to form a lasting bond. It is also desirable that the surfaces be clean and free from impurities, particles, and/or other residue. The presence of undesirable particles for instance, can cause the bond to be defective or unreliable at the location of the particles. For instance, some particles and residues remaining on bonding surfaces can result in voids at the bonding interfaces between the stacked dies.

Respective mating surfaces of the bonded dies or wafers often include embedded conductive interconnect structures, or the like. In some examples, the bonding surfaces are arranged and aligned so that the conductive interconnect structures from the respective surfaces are joined during the bonding. The joined interconnect structures form continuous conductive interconnects (for signals, power, etc.) between the stacked dies or wafers. However, due to the use of fine pitch conductive interconnect structures, the placement accuracy limitations of pick-and-place tools, contact grid patterns on the die or wafer surfaces, dissimilar pad sizes, and the like, a conductive interconnect pad of one die or wafer may be offset, or partially overlay the dielectric

2

portion (e.g., silicon oxide, etc.) of the mating surface of the other die or wafer, rather than perfectly aligning with the respective conductive interconnect pad on the mating surface of the other die or wafer.

Misalignment such as this can cause the conductive material (e.g., copper, or the like) of the overlaying interconnect pad to diffuse into the dielectric that it comes into contact with, potentially resulting in degraded performance of the microelectronic structure. For example, the barrier properties of silicon oxide can degrade significantly (versus silicon nitride, silicon oxinitride, silicon carbonitride, etc.) at higher temperatures (such as during annealing) and within an electric field, promoting the diffusion of the conductive material into the silicon oxide. This can result in leakage, shorting between interconnects, and the like. The performance degradation can be particularly problematic when it involves multiple conductive interconnect structures of bonded stacks of dies or wafers, which can adversely affect package yield and package performance.

## BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description is set forth with reference to the accompanying figures. In the figures, the left-most digit(s) of a reference number identifies the figure in which the reference number first appears. The use of the same reference numbers in different figures indicates similar or identical items.

For this discussion, the devices and systems illustrated in the figures are shown as having a multiplicity of components. Various implementations of devices and/or systems, as described herein, may include fewer components and remain within the scope of the disclosure. Alternately, other implementations of devices and/or systems may include additional components, or various combinations of the described components, and remain within the scope of the disclosure.

FIG. 1 is a profile view of a pair of stacked substrates showing a misalignment of embedded conductive structures within the stacked substrates.

FIG. 2 is a graphical flow diagram illustrating an example process of forming a microelectronic assembly comprising a pair of substrates with embedded conductive structures.

FIGS. 3A and 3B are profile views showing example barrier interfaces employed with stacked substrates having embedded conductive structures, according to various embodiments.

FIGS. 4A-4E are profile views showing example barrier interfaces employed with stacked substrates having embedded conductive structures, according to additional embodiments.

FIG. 4F is a plan view showing an example barrier interface with multiple embedded conductive structures, according to an embodiment.

FIGS. 5A-5C are profile views showing example barrier interfaces employed with stacked substrates having embedded conductive structures, according to additional embodiments.

FIG. 6 is a graphical flow diagram illustrating an example process of forming a microelectronic assembly comprising a pair of substrates with embedded conductive structures with a barrier interface, according to an embodiment.

FIG. 7 is a graphical flow diagram illustrating an example process of forming a microelectronic assembly comprising a pair of substrates with embedded conductive structures with a barrier interface, according to another embodiment.

US 12,322,650 B2

3

FIG. **8** is a flow diagram illustrating example processes for forming a microelectronic assembly comprising a pair of substrates with embedded conductive structures and a barrier interface, according to various embodiments.

## SUMMARY

Various embodiments of devices and techniques reduce or prevent conductive material diffusion into insulating material or dielectric of bonded substrates. Particularly, the devices and techniques disclosed herein mitigate undesirable diffusion due to misaligned conductive structures on the bonding surfaces of the substrates. The misaligned conductive structures can otherwise come into direct contact with a dielectric portion of the surfaces of the substrates due to overlap, especially while employing direct bonding techniques.

The devices and techniques comprise the use of a barrier interface disposed generally between the conductive material and the dielectric that can inhibit the diffusion of the conductive layer into surrounding dielectric materials.

The substrates may be dies, wafers, carriers, large flat panels, or the like, comprised of a semiconductor or a non-semiconductor material. Semiconductor materials may, for example, comprise direct band gap or indirect band gap semiconductors and their combinations thereof. Non-semiconductor materials may comprise, for example, a dielectric material for example, glass, ceramic, silicon oxycarbides, silicon oxide, or the like, or combinations thereof. The use of the term "substrate" herein is intended to include all of these and other like examples.

In an embodiment, a microelectronic assembly can include at least a first substrate having a first substantially planar surface, the first substrate comprising an insulating material or dielectric, for example. The dielectric may be provided on a base die or wafer of semiconductor, insulating, or conductive material. A second substrate has a first substantially planar surface, the second substrate also comprising an insulating material or dielectric, for instance. The dielectric may be provided on a base die or wafer of semiconductor, insulating, or conductive material. The materials of the first substrate may be the same (or similar) material of the second substrate. However, in an alternate embodiment, the materials of the first substrate is a different material than the material of the second substrate. The first surface of the second substrate is bonded to the first surface of the first substrate without an intervening material such as an adhesive.

A first conductive interconnect structure is embedded in the first substrate (or in a layer of the first substrate), a surface of the first conductive interconnect structure being exposed through the first surface of the first substrate to form a first interconnect pad. A second conductive interconnect structure is embedded in the second substrate (or in a layer of the second substrate), a surface of the second conductive interconnect structure being exposed through the first surface of the second substrate to form a second interconnect pad. The first interconnect pad faces, and may contact a portion of the first surface of the first substrate and the second interconnect pad faces, and may contact a portion of the first surface of the second substrate. In one implementation, the second interconnect pad is directly bonded to the first interconnect pad.

In various examples, the second interconnect pad may be misaligned with respect to the first interconnect pad, result-

4

ing in some overlap of the first and/or second interconnect pads over the insulating material or dielectric of the opposite substrate.

In the embodiment, a first barrier interface is disposed at the first substrate and at least partially surrounds a perimeter of the first interconnect pad. The first barrier interface comprises a material different from the insulating material or dielectric of the first substrate and is arranged to inhibit a diffusion of a material of the second conductive interconnect structure into the first substrate. In the embodiment, the material of the first barrier interface is also a different material than the material of the second conductive interconnect structure. In one implementation, the first barrier interface comprises an air gap, a roughened surface, or the like.

In another embodiment, the microelectronic assembly also includes a second barrier interface disposed at the second substrate. The second barrier interface at least partially surrounds a perimeter of the second interconnect pad and comprises a material different from the insulating material or dielectric of the second substrate. The second barrier interface is arranged to inhibit a diffusion of a material of the first conductive interconnect structure into the second substrate. In one implementation, the second barrier interface comprises an air gap, a roughened surface, or the like.

In some embodiments, the first and/or second barrier interfaces may comprise multiple materials or may comprise multiple portions comprised of one or more materials. In other embodiments, the first and/or second barrier interfaces may comprise a combination of materials, air gaps, roughened surfaces, and the like.

In various embodiments, the first or second barrier interfaces may partially or fully surround multiple interconnect pads of their respective substrates. Alternatively, multiple barrier interfaces may partially or fully surround one or more interconnect pads of the first or second substrates.

In some embodiments, the first or second barrier interfaces can also mitigate or prevent dielectric erosion (e.g., rounding) that can occur at the perimeter of a conductive interconnect structure during planarization, or the like.

Some of the disclosed processes may be illustrated using block flow diagrams, including graphical flow diagrams and/or textual flow diagrams. The order in which the disclosed processes are described is not intended to be construed as a limitation, and any number of the described process blocks can be combined in any order to implement the processes, or alternate processes. Additionally, individual blocks may be deleted from the processes without departing from the spirit and scope of the subject matter described herein. Furthermore, the disclosed processes can be implemented in any suitable manufacturing or processing apparatus or system, along with any hardware, software, firmware, or a combination thereof, without departing from the scope of the subject matter described herein.

Implementations are explained in more detail below using a plurality of examples. Although various implementations and examples are discussed here and below, further implementations and examples may be possible by combining the features and elements of individual implementations and examples.

## DETAILED DESCRIPTION

### Overview

FIG. **1** is a profile view of a pair of stacked substrates **102** and **104** showing a misalignment of embedded conductive

5

structures 106 and 108 within the stacked substrates 102 and 104, respectively. The substrates 102 and 104 are comprised of an insulating material or dielectric (e.g., silicon oxide, or the like), at least at the bonding surface of each substrate 102 and 104. For example, substrates 102 and 104 can represent the top insulating layer of a microelectronic component comprised of a base layer (of active semiconductor, e.g., silicon, or the like) topped with one or more metallization layers within associated insulating layers. In some cases, substrate 102 may be significantly larger than substrate 104. In one example, substrate 104 may comprise a die having a width between 1 to 30 mm or even larger, while substrate 102 may comprise another die (for example) that is larger than substrate 104, a larger substrate such as a flat panel, a 200 or 300 mm wafer, or the like.

Prior to bonding, the portions of the embedded conductive structures 106 and 108 that are exposed through the bonding surfaces of the substrates 102 and 104 may form interconnect pads, or the like. In an example, the substrates 102 and 104 are bonded at respective bonding surfaces, and the conductive structures 106 and 108 are electrically coupled, and generally are also mechanically bonded to form a single (continuous) conductive structure. The bond-line 110 indicates where the bonding surfaces of the substrates 102 and 104 are joined.

In an example, bonding the substrates 102 and 104 forms a microelectronic assembly 100. For instance, the substrates 102 and 104 may be direct bonded, including using a hybrid bonding technique, without using intervening materials such as adhesives. Prior to bonding, the conductive structures 106 and 108 may be slightly recessed below the surface of the substrates 102 and 104, to prepare for metal expansion. The surfaces of the substrates 102 and 104 are bonded via direct bonding (e.g., via Zibond™), dielectric to dielectric at room temperature without the use of adhesive. Then with high temperature annealing (<350 C), the contact pads 106 and 108 expand and form a metal-to-metal bond creating an electrical connection. After the bonding operations, for example when the substrates 102 and 104 comprise wafers, the bonded assembly 100 may be tested for known good dies prior to segmentation, to separate into various bonded substrates or dies.

As shown in FIG. 1, due to one or more of various reasons discussed above, including the inaccuracy (or tolerance) of the pick-and-place tool used to bond substrate 104 to substrate 102, the conductive structures 106 and 108 may be misaligned when the substrates 102 and 104 are placed together and bonded. The offset 112 of the misalignment comprises an overlap of the interconnect pad 106 beyond a perimeter or edge of the interconnect pad 108 and/or an overlap of the interconnect pad 108 beyond the perimeter or edge of the interconnect pad 106. Due to the offset 112, a portion of one or both of conductive structures 106 and 108 may contact the insulating material of substrates 104 and 102 respectively. As discussed above, the conductive material (e.g., copper or a copper alloy, etc.) of one or both of the conductive structures 106 and 108 may diffuse into the insulating material or dielectric of the substrates 104 and 102 due to this contact. Additionally, some process elements (such as high temperature annealing, for instance) or operational parameters (e.g. high frequency electric field, etc.) can exacerbate the diffusion of the conductive material into the insulating material or dielectric of the substrates 104 and 102 inducing undesirable leakage in the dielectric layer for example.

FIG. 2 is a graphical flow diagram illustrating an example process 200 of forming a microelectronic assembly 100

6

comprising a pair of substrates 102 and 104 with embedded conductive structures 106 and 108, according to an embodiment. In an example, a damascene structure is formed from a substrate 102. At block (A), a conductive material 202 (e.g., copper, a copper alloy, nickel or nickel bearing conductor, or the like) is deposited over a surface of the substrate 102, including into the damascene cavity, filling the cavity. At block (B), the conductive material 202 is planarized (e.g., via chemical mechanical polishing (CMP), etching, etc.) to form the conductive structure 106. The exposed portion of the conductive structure 106 may comprise an interconnect pad 204. In one embodiment it may be preferable that the interconnect pad 204 be slightly recessed below the bonding surface of the substrate 102. The bonding surface is prepared by cleaning methods to remove defects inducing undesirable particles, residual organic material and their likes. The cleaned surface or surfaces may be prepared by exposing one or more of the surfaces to nitrogen plasma in preparation for the bonding process.

At block (C), a similar damascene structure is formed from another substrate 104, which, after planarization, includes a conductive structure 108. The exposed portion of the conductive structure 108 may comprise an interconnect pad 206. The prepared bonding surface of the substrate 104 is placed over and stacked onto the substrate 102 in preparation for bonding. The assembled substrates 102 and 104 are then thermally treated at a temperature below 350° C. and preferably below 250° C., for enough time for the bonding surfaces to bond permanently and for the opposing conductive materials to couple both mechanically and electrically.

Blocks (D), (E), and (F) show three potential outcomes of bonding substrate 102 to substrate 104. Block (D) represents an ideal scenario, where the conductive structures 106 and 108 are aligned well, without offset. Block (E) represents an average scenario where there is an average misalignment of the conductive structures 106 and 108, based on an average inaccuracy (e.g., tolerance) of the placement tool used to bond the substrate 104 to the substrate 102. Block (F) represents an extreme scenario where there is an extreme misalignment of the conductive structures 106 and 108, based on a maximum inaccuracy (e.g., tolerance) of the placement tool used to bond the substrate 104 to the substrate 102. Typically, the higher placement speed of the pick and place tool, the lower is its placement accuracy, i.e. larger the offset. For applications with extremely small interconnect pad sizes, the placement tool can slow down dramatically to improve the placement accuracy, which affects throughput.

As discussed above, the offset 112 (shown at blocks (E) and (F)) provides an opportunity for diffusion of the conductive materials of conductive structures 106 and 108 into the insulating material or dielectric of substrates 104 and 102, respectively.

Example Barrier Interface

According to this disclosure, to avoid the diffusion of copper into oxide, for instance, a barrier interface 302 comprising a dielectric bonding layer, conductive barrier layer, or other barrier can be applied around the interconnect pads 106 and/or 108 to form a barrier against diffusion. The barrier interface 302 material is selected such that the diffusivity of the conductive materials of conductive structures 106 and 108 (copper, for instance) into the barrier materials is worse as compared to that of the insulating material or dielectric of the substrates 104 and 102 (e.g.,

7
8

silicon oxide). In various embodiments, the barrier materials may include conductive or non-conductive materials with preselected diffusivity characteristics.

FIGS. **3**A and **3**B are profile views showing examples of a barrier interface **302** employed with stacked substrates **102** and **104** having embedded conductive structures **106** and **108**, according to various embodiments. In an implementation, the substrates **102** and **104** are directly bonded without an intervening material such as an adhesive, to form a microelectronic assembly **300**. In the implementation, the microelectronic assembly **300** comprises a microelectronic assembly **100** as discussed above and includes one or more barrier interfaces **302** on one or both of the substrates **102** and **104**. In an alternate implementation, the microelectronic assembly **300** includes more than two substrates (such as substrates **102** and **104**) in the bonded stack, with one or more of the substrates of the stack including one or more barrier interfaces **302**. In another implementation, the microelectronic assembly **300** includes two or more substrates (such as substrates **102** and **104**) bonded separately to another substrate or a wafer, with two or more of the substrates including one or more barrier interfaces **302**.

In an implementation, the barrier interface(s) **302** of the assembly **300** are disposed at one or both of the substrates **102** and **104**, and at least partially surround a perimeter of the interconnect pads **204** and/or **206**, and/or the embedded conductive structures **106** and **108**, respectively. As shown at FIG. **3**A, the barrier interface(s) **302** may comprise one or more materials different from the insulating material or dielectric of the substrate **102** and/or the substrate **104**. For example, the barrier interface(s) **302** may comprise a dielectric material different from the insulating material or dielectric of the substrate **102** and/or the substrate **104**. In various implementations, the barrier interface(s) **302** comprise one or more silicon nitride, silicon oxynitride, silicon carbide, silicon carbonitride, diamond, boron doped glass or oxide, aluminum oxide, or a like diffusion resistant material. In other implementations, the barrier interface(s) **302** comprise nickel, a nickel alloy, or one or more other conductive materials in various combinations.

Additionally, employing a barrier interface **302** can include techniques to prevent diffusion by avoiding bonding at the relevant bonding interface. For example, in various embodiments, the respective conductive interconnect structures **106** and **108** may be bonded, but little or none of the immediately surrounding insulating material or dielectric is bonded. As shown at FIG. **3**B, one or more of the barrier interface(s) **302** may comprise a recess, an air gap, or a gas-filled cavity, or the like. Again, the barrier interface(s) **302** comprise a different material from the insulating material or dielectric of the substrate **102** and/or the substrate **104**. In various implementations, the barrier interface(s) **302** comprise an inert gas or fluid, a preselected gas or fluid (based on desired properties), vacuum, or the like. The air gap barrier interface **302** may be formed by etching, making undercuts in the substrate **102** and/or **104**, dishing the substrate **102** and/or **104** via CMP, grinding, substrate rounding near substrate and interconnect pad interface during CMP, or the like, and so forth.

Referring to FIGS. **3**A and **3**B, in the implementations, the barrier interface(s) **302** are arranged to inhibit a diffusion of the material of the conductive interconnect structures **106** and **108** into the substrates **104** and **102**, respectively. For example, the material of the barrier interface(s) **302** is selected such that a diffusivity of the material of the conductive interconnect structure **106** or a diffusivity of the material of the conductive interconnect structure **108** into

the material of the barrier interface(s) **302** of the substrate **104** or the substrate **102** is less than a diffusivity of the material of the conductive interconnect structures **106** or **108** into the material of the substrate **104** or the substrate **102** (e.g., silicon oxide).

In various embodiments, one or more of the barrier interfaces **302** can be arranged to fully surround or encompass the conductive structures **106** and/or **108** and/or their respective interconnect pads **204** and/or **206** (i.e., the mating surface of the conductive structures **106** and **108**, respectively), or to partially surround the conductive structures **106** and/or **108** and/or their respective interconnect pads **204** and/or **206**, forming a barrier against the diffusion of the conductive material (e.g., copper) into the material (e.g., silicon oxide) of the substrates **102** and **104**.

As shown in FIGS. **3**A and **3**B, in various embodiments, a barrier interface **302** has a thickness (i.e., width, extent, etc.) **304** that is greater than the placement accuracy **306** of the pick-and-place tool (also represented by the overlap **112** in FIG. **1**). This thickness of the barrier interface **302** ensures that the material of the conductive structures **106** and **108** will contact the barrier interface **302** rather than the substrate **104** or **102** in case of maximum placement misalignment. This ensures that any conductive material overlap occurs at the barrier interface **302**, and not at the substrate material (e.g., silicon oxide), thus preventing diffusion. Additionally, this significantly relaxes the placement accuracy requirements of the pick and place tool, which can improve the throughput, especially in a die to die and die to wafer bonding process.

Accordingly, in one embodiment, a relative lateral displacement of one interconnect pad **204** (of conductive structure **106**) to the other interconnect pad **206** (of conductive structure **108**) is less than a width of one or more of the barrier interfaces **302**. Further, in one implementation, a width of one or more of the barrier interfaces **302** is at least 10% of a diameter of the interconnect pads **204** and/or **206** of the conductive structures **106** and/or **108**. In other implementations, the width of one or more of the barrier interfaces is at least 20% of the diameter of the interconnect pads **204** and/or **206**.

As shown in FIG. **3**B, in some embodiments, at least some portion of the pad **204** extends or protrudes beyond a recessed surface of the insulating material of the substrate **102** on the microelectronic assembly **300** after bonding, and may extend beyond the bond line **110**. This extension may be a result of forming the barrier interface **302**, it may be the result of dielectric erosion (i.e., rounding) on the surface of the substrate **102** around the periphery of pad **204** from planarizing, or both, or the result of other causes separately or in combination. A like extension or protrusion of at least some portion of the pad **206** past the recessed surface of the substrate **104** after bonding, and perhaps an extension past the bond line **110**, may also be present in the embodiments.

In any case, a result of the extension of the pad **204** and/or the pad **206** is an air gap at least partially surrounding the pad **204** and/or the pad **206** (intentional or otherwise). In some cases, when the interconnect pads **204** and **206** are misaligned (as shown in FIG. **3**B), only a partial extension or protrusion of at least some portion of the pad **204** or **206** past the bond line **110**, may be present in some embodiments.

In FIG. **3**A, a relative lateral displacement of one interconnect pad **204** (of conductive structure **106**) to the other interconnect pad **206** (of conductive structure **108**) is less than a width of one or more of the barrier interfaces **302**. During the annealing process, as the conductive pads **204**/

9

10

206 expand more than the substrate material **102/104** and the barrier interface material **302**, this high mismatch between the coefficients of thermal expansion may induce debonding of the portion of substrate **102** from the substrate **104** at the location as the pads **204/206** push the barrier interface **302**. In an implementation, the debonding may be mitigated (e.g., reduced or eliminated) by adjusting the annealing times and temperatures. In the implementation, the bonding surfaces may be heat treated at around 100-150° C. for 2 to 4 hours to form a strong bond between the substrates **102** and **104**. The pads **204** and **206** may then be annealed during a second heat treatment using a pulse anneal technique at approximately 250-400° C. for 10 seconds to less than 300 seconds. In an example, the pulse anneal times for the second heat treatment are less than 10% of the heating time for the first heat treatment. In the implementation, the adjusted heating/annealing times are effective to reduce or eliminate the mismatch stress or load of the bonded microelectronic assembly **300**.

While FIGS. **3A** and **3B** show conductive structures extending through substrates **102** and **104**, the structures may extend partially through the substrate or layers on the substrate. Specific details of the conductive connections on, in, or though the substrate are not shown in FIGS. **3-7** for simplicity and in order to focus on the structures, or portions of the structure, at the bond interface.

FIGS. **4A-4E** are profile views showing additional example barrier interfaces **302** employed with stacked substrates **102** and **104** having embedded conductive structures **106** and **108**, according to additional embodiments. As shown at FIGS. **3A** and **4A**, a barrier interface **302** may be embedded into one or more of the substrates **102** and/or **104**. In an embodiment, as shown in FIGS. **3A** and **4A**, one or more barrier interfaces **302** is embedded in a substrate **102** and/or **104** and extends into the substrate **102** and/or **104** to a depth less than or equal to a depth of a conductive structure **106** or **108**. In this configuration, the substrates **102** and **104** are protected from conductive material diffusion. In an embodiment, as shown at FIGS. **3A** and **4A**, the barrier interface **302** may be disposed (and may be exposed) at the bonding surface of a substrate **102** and/or **104**, and may extend a predetermined depth into the substrate **102** and/or **104**.

As shown in FIG. **4B**, a barrier interface **302** may be used on one of the substrates **102** or **104** when conductive structures **106** and **108** are dissimilar sizes. For example, the barrier interface **302** (at an advantageous thickness) may be used on the smaller of the conductive structures **106** and **108**, to protect for diffusion from the larger of the conductive structures **106** and **108**, with no exposed overlap onto the substrates **102** or **104**. For instance, in an embodiment, the width of the first interconnect pad **106** is less than the width of the second interconnect pad **108**, and the barrier interface **302** is disposed at the first substrate **102**, at least partially surrounding the perimeter of the first interconnect pad **106**. The barrier interface **302** thickness/width is such that the combined width of the first interconnect pad **106** and the barrier interface **302** is greater than the width of the second interconnect pad **108**. In other words, as with each of the embodiments, at least one of the perimeter edges of the second interconnect pad **108** is within the perimeter of the barrier interface **302**. The other perimeter edge of the second interconnect pad **108** is also within the perimeter of the barrier interface **302** or within the perimeter of the first interconnect pad **106** (preventing diffusion into substrate material).

As shown in FIG. **4C**, an embedded barrier interface **302** may or may not be exposed at the bonding surface of the substrates **102** and **104**. The barrier interface **302** may be disposed a preselected distance below the bonding surface, and may have various depth and thickness (i.e., width or extents). For example, in one embodiment, the barrier interface **302** can extend across the width of the substrate **102** or **104**. The barrier interface **302** can abut the conductive structures **106** and/or **108**, and diffusion may be limited to the area of the substrates **102** and **104** above the barrier interface **302**, the barrier interface **302** preventing diffusion below the barrier interface **302**. In some embodiments, such a barrier interface **302** may be comprised of a polymeric layer, or like material with a desired diffusivity characteristic.

As shown in FIG. **4D**, the barrier interface **302** may comprise a rough area of the bonding surface of the substrate **102** and/or **104**, which may include one or more gaps in the bond between the substrates **102** and **104** at a predetermined width. For instance, a highly planar bonding surface with low variance in topology is generally prepared on both substrates **102** and **104** in order to have a reliable direct bond between the substrates **102** and **104**. In an embodiment, however, the surface area of the substrates **102** and/or **104** partially or fully around the conductive structures **106** and/or **108** may have a higher roughness (greater variance in surface topology) to create uneven or irregular surfaces between the substrates **102** and **104**, to reduce or eliminate the bond at that area of the substrates **102** and **104**. For example, the roughness can make the surface insufficiently smooth (or leave not enough surface contact) to form a bond. The high roughness (e.g., greater than 10 nm variance) barrier interface **302** can be formed with etching, cutting, grinding, selective CMP, or the like.

Similarly to the embodiment described with regard to FIG. **4B**, as shown at FIG. **4E**, the barrier interface **302** may be used on one of the substrates **102** and **104** when the conductive structures **106** and **108** are dissimilar sizes. In the case of FIG. **4E**, the barrier interface **302** comprises an air gap (or a fluid-filled gap) used with the smaller of the conductive structures **106** and **108**. When the barrier interface **302** is sized advantageously, there is no overlap of conductive material onto the substrates **102** or **104**, and thus no diffusion. For instance the air-gap barrier interface **302** may be sized so that any offset between the interconnect pads **204** and **206**, effectively the edges of the interconnect pads **204** and **206**, falls within the barrier interface **302** and not at the material of the substrates **102** and **104**.

In an implementation, one or more barrier interfaces **302** comprises a combination including two or more of: a plurality of air gaps, one or more materials different from the insulating or dielectric material of the substrates **102** and **104**, and a roughened surface of a predetermined width.

As shown in the plan view of FIG. **4F**, in an embodiment, a plurality of conductive structures **106** (or interconnect pads **204**) may be partially or fully surrounded or encompassed by a single barrier interface **302**. In such an embodiment, the substrate **102** may be bonded to another substrate **104** having a plurality of conductive structures **108**, or more than one substrate with conductive structures.

Alternately, multiple barrier interfaces **302** may partially or fully surround one or more conductive structures **106, 108** or interconnect pads **204, 206** of one or more of the substrates **102** and **104**. For example, as shown in FIGS. **5A-5C**, multiple conductive structures **106** and **108** are partially or fully surrounded by barrier interfaces **302**. For instance, in an embodiment, a plurality of additional con-

US 12,322,650 B2

11

ductive interconnect structures **106** are embedded in the substrate **102**, where a surface of each of the additional conductive interconnect structures **106** is exposed through the bonding surface of the substrate **102** to form a plurality of additional interconnect pads **204**. A plurality of additional conductive interconnect structures **108** are embedded in the opposite substrate **104**, and a surface of each of the additional conductive interconnect structures **108** is exposed through the bonding surface of the substrate **104** to form a plurality of additional interconnect pads **206**.

A barrier interface **302** at least partially surrounds at least a subset of the group of pads including the first interconnect pad **106** and the plurality of additional interconnect pads **106**. The barrier interface **302** is arranged to inhibit diffusion of the conductive material of the group of interconnect structures including the conductive interconnect structure **108** and the plurality of additional conductive interconnect structures **108** into the substrate **102**, based on the position and the composition of the barrier interface **302**. Further, the barrier interface(s) **302** may also be arranged to inhibit diffusion of the conductive material of the group of interconnect structures including the conductive interconnect structure **106** and the plurality of additional conductive interconnect structures **106** into the substrate **104**.

As shown in FIGS. **5A** and **5C**, each of multiple conductive structures **106** and **108** may include a barrier interface **302**. For instance, in an embodiment, one or more additional barrier interfaces **302** are disposed at the substrate **102** and/or the substrate **104** that at least partially surround a perimeter of one or more additional subsets of the first interconnect pad **106** and the plurality of additional interconnect pads **106**, and/or the second interconnect pad **108** and the plurality of additional interconnect pads **108**. The one or more additional barrier interfaces **302** comprise a material different from the insulating material or dielectric of the substrate **102** and/or the substrate **104**, and are arranged to inhibit diffusion of the material of the group of interconnect structures including the conductive interconnect structure **108** and the plurality of additional conductive interconnect structures **108** into the material of the substrate **102**, based on the position and the composition of the barrier interfaces **302**. Further, the one or more additional barrier interfaces **302** can be arranged to inhibit diffusion of the material of the group of interconnect structures including the conductive interconnect structure **106** and the plurality of additional conductive interconnect structures **106** into the material of the substrate **104**.

Referring to FIGS. **5A**-**5C**, in some embodiments, between each barrier interface **302** may be a gap **502**, which may be a space between the barrier interfaces **302**, a gas-filled gap, or the like. The gap **502** forms a physical separation between the bonding surfaces of the substrates **102** and **104**, at least around the periphery of the conductive structures **106** and/or **108**.

In some embodiments, the combination of the barrier interfaces **302** and the gap(s) **502** prevent or reduce diffusion of the conductive material of the conductive structures **106** and/or **108**, and their respective interconnect pads **204** and **206**, into the material of the substrates **104** and **102**. In another embodiment, no such gap **502** is formed between the bonding surfaces of the substrates **102** and **104**. Alternately, as shown in FIG. **5B**, single conductive structures **106** and/or **108**, as well as groups of two or more conductive structures **106** and/or **108** may be partially or fully surrounded by single barrier interfaces **302**. Between barrier interfaces **302** there may or may not be a gap **502**, as described above. A via (e.g., TSV), such as the via **504** may

12

be present in any of the embodiments discussed herein, including the example embodiment shown at FIG. **5B**. The via **504** may extend to the outer extents (e.g., exposed surfaces) of one or both of the substrates **102** and **104** (and beyond), or it may extend some fractional portion through the substrate **102** and/or the substrate **104**.

Example Processes

FIG. **6** is a graphical flow diagram illustrating an example process **600** of forming a microelectronic assembly **300** comprising a pair of substrates **102** and **104** with embedded conductive structures **106** and **108** and one or more barrier interfaces **302**, according to an embodiment.

At block A, the method includes forming a cavity **602** (or a plurality of cavities **602** and **603**) in a surface of the substrate **102**. The cavities **602** and **603** may be formed by patterned etching, or the like. In an embodiment, one of the cavities **603** may extend to a depth of less than 5% of a depth of the other cavity **602**. At block B, a barrier layer **604** is formed on the surface of the substrate **102** and within the cavity **602**. The barrier layer **604** may be comprised of silicon nitride, silicon oxynitride, silicon carbide, silicon carbonitride, diamond, boron doped glass or oxide, aluminum oxide, or other suitable material with worse diffusivity properties than silicon oxide, or a combination thereof, for instance. In other embodiments, the barrier layer **604** may comprise a conductive material, for example titanium or tantalum or their corresponding nitrides, nickel and nickel alloys, or other conductive materials and combinations.

At block C, the cavity **602** coated with the barrier layer **604** is filled with the conductive material **202**, such as copper, a copper alloy, or the like. This could be done using a duel damascene process, for instance. In some examples it may be desirable for the conductive structure **106** to contact the bottom of the cavity **602**, at the substrate **102** rather than the barrier layer **604**. In these examples, portions of the barrier layer **604** may be removed from the bottom portion (and/or any other desired portion) of the cavity **602** to expose the substrate **102** prior to filling the cavity **602** with the conductive material **202**.

At block D, overflow conductive material **202** is removed, by etching, CMP, or the like, stopping at the barrier layer **604**, to form a conductive structure **106** (or multiple conductive structures **106**) within the barrier layer **604**. At block E, the conductive structure **106** and part of the barrier layer **604** are planarized via CMP, for example, to form a barrier interface **302** partly or fully surrounding an interconnect pad **204**, which may have a very small recess, and a substantially planar surface (having a smooth surface topography with a variance of no more than 10-20 nm) of the substrate **102**.

In some embodiments, the barrier layer **604** or barrier interface **302** is useful to prevent or to mitigate erosion of the insulating material or dielectric of the substrate **102** (e.g., rounding) that can occur during planarization. For instance, the barrier layer **604** may extend a predetermined extent (i.e., width, diameter, etc.) beyond the conductive structure **106** and over the surface of the substrate **102**, protecting the surface of the substrate **102** during planarization. In other words, the first barrier interface **302** is disposed over at least a portion of the substantially planar surface of the first substrate **102**, and is arranged to protect the substantially planar surface from erosion due to planarization or polishing of the substantially planar surface. With the barrier interface **302** in place, no dielectric erosion (e.g., rounding) may occur at the intersection of the conductive structure **106** and the substrate **102**, or at the intersection of the barrier

US 12,322,650 B2

13

interface **302** and the substrate **102**. In some examples, the barrier interface **302** may be used as an indicator for polishing the substrate **102**, and in some examples the barrier interface **302** may be polished a desired amount as well to achieve a flat, smooth bonding surface.

At block F, a like microelectronic structure, with prepared substrate **104**, conductive structure **108**, and barrier layer **302** is placed onto the substrate **102** for bonding. At block G, the substrate **104** is direct bonded to the substrate **102** without an intervening material, such as adhesive, to form the microelectronic assembly **300**. In particular, the substrate **104** is bonded to the bonding surface of the substrate **102** and to the barrier layer **302** on the substrate **102**, and the substrate **102** is bonded to the bonding surface of the substrate **104** and to the barrier layer **302** on the substrate **104**. At this step, the conductive structures **106** from the substrate **102** and the conductive structures **108** from the substrate **104** can be slightly recessed below the bond-line **110** due to CMP process and may not be in physical contact. In some cases, the conductive structure **108** may be bonded to the conductive structure **106** via heated annealing, or the like. After annealing at high temperature as discussed earlier, the conductive structure **108** is mated to the conductive structure **106** to form electrical connectivity.

Any offset of the conductive structure **106** to the conductive structure **108** due to misalignment rests on the barrier interface **302** rather than on the substrates **102** and **104**. Accordingly, diffusion of conductive material (e.g., copper) into substrate **102** and/or **104** material (e.g., silicon oxide) is reduced or eliminated due to the barrier interface(s) **302**.

In another embodiment, after planarization at block E of FIG. **6**, an additional layer, typically of the same type of material as the substrate **102**, e.g. silicon oxide, is deposited over the interconnect pad **204** and the barrier layer **302**. This is followed by another planarization process, e.g. CMP, to remove excess substrate material and to achieve a surface in which the barrier layer **302** is flush with the surface of the substrate **102** surrounding it. The barrier layer **302** partially or fully surrounds the interconnect **204** and the substrate layer **102** fully or partially surrounds the barrier layer **302**. In the embodiment, during block G, the direct bonding of the bonding layers of **102** and **104** occurs along with the direct bonding of the barrier layer **302** of the substrate **102** with the barrier layer **302** of the substrate **104**. This is followed by the annealing step, wherein the conductive structure **108** may be bonded to the conductive structure **106** via heated annealing, or the like.

FIG. **7** is a graphical flow diagram illustrating an example process **700** of forming a microelectronic assembly **300** comprising a pair of substrates **102** and **104** with embedded conductive structures **106** and **108** and one or more barrier interfaces **302**, according to another embodiment.

At block A, the method includes depositing the barrier layer material **604** onto the surface of an oxide or other dielectric (for example) substrate **102**. At block B, a portion of the barrier layer **604** and a portion of the dielectric of the substrate **102** are removed, and the resulting cavity **602** is filled with a conductive material **202** (at block C). In some embodiments, the process of forming the conductive material **202** in the cavity **602** may include coating a second barrier (not shown) over the surface of the first barrier layer **604** and the cavity **602** before filling the cavity **602** with the conductive material **202**.

At block D, a conductive structure **106** with interconnect pad **204** surrounded by a barrier interface **302** is formed by planarizing the conductive material **202**, and the second barrier layer if present. In an implementation, the barrier

14

interface **302** is efficacious to prevent dielectric erosion of the substrate **102** at the intersection of the conductive structure **106** during the planarizing. In an embodiment, this structure **102** with prepared barrier interface **302** and conductive structure **106** may be bonded to another like structure, but without the barrier interface **302** on the other structure. In such an embodiment, the barrier layer **302** can act as a bonding surface for the other structure, based on the material used for the barrier layer (e.g., silicon nitride, or the like).

At block E, if desired, the barrier interface **302** can be altered to remove any unwanted portions. A resist, mask, or other pattern **702** may be deposited, and the barrier interface **302** etched as desired (at block F). Additional substrate material (such as silicon oxide, for example) can be deposited onto the surface of the substrate **102** to prepare the surface for bonding. For instance, the added material may be deposited while the mask **702** is still in place, or after removing the mask **702**. The surface of the substrate **102** is then planarized (via CMP, or the like) to achieve a flat, smooth surface including the surface of the substrate **102** flush with the barrier interface **302**, in preparation for bonding.

At block G, a prepared substrate **102** is shown with an interconnect pad **204** having a partially or fully encompassing barrier interface **302**. Two similarly prepared substrates **102** and **104** may be stacked and bonded at their planarized surfaces to form a microelectronic structure **300**, as shown at block H. Any overlap of conductive material occurs at the barrier interface(s) **302** rather than at the dielectric of the substrates **102** and/or **104**. This method can also be used to form multiple conductive interconnect structures **106**, **108** with barrier interface(s) **302** partially or fully surrounding the multiple conductive interconnect structures **106**, **108**.

In an alternative implementation, the conductive structures **106** and/or **108** may include conductive mechanical pads. In the implementation, the mechanical pads mate intimately with the barrier layer **302** or the substrate **102/104** to secure the mechanical pads to the substrate **102/104**.

FIG. **8** is a flow diagram describing an example process **800** of forming a microelectronic assembly (such as the microelectronic assembly **300**) comprising a pair of substrates (such as the pair of substrates **102** and **104**) with embedded conductive structures (such as conductive structures **106** and **108**) and one or more barrier interfaces (such as barrier interface **302**), according to an embodiment.

At block **802**, the process includes forming a first cavity (or a plurality of first cavities) in a surface of a first substrate (such as substrate **102**, for example). In an embodiment, the first substrate comprises an insulating material or dielectric, such as silicon oxide, or the like, which may be provided on a semiconductor base having circuitry on, in, through the base. At block **804**, the process includes forming a first barrier interface (such as barrier interface **302**, for example) at the first substrate and at least partially surrounding a perimeter of the first cavity. In an implementation, the process includes depositing a first barrier layer material onto at least a portion of a surface of the first cavity. The first barrier layer material may also be deposited onto at least a portion of the surface of the first substrate, particularly, partially or fully surrounding the first cavity. In an embodiment, the first barrier interface comprises a material different from the insulating material or dielectric and is arranged to inhibit a diffusion of a conductive material into the first substrate.

US 12,322,650 B2

15

16

At block **806**, the process includes filling the first cavity with the conductive material. In various embodiments, the conductive material comprises copper, a copper alloy, or like conductive material.

At block **808**, the process includes planarizing at least a portion of the surface of the first substrate, the first barrier interface (including the first barrier layer material), and the conductive material to form a first conductive interconnect structure with a first barrier interface at least partially surrounding an exposed surface of the first conductive interconnect structure. In an embodiment, the first barrier interface is formed to have a predetermined width.

In an alternate implementation, the process includes depositing an additional layer of insulating material or dielectric (e.g., silicon oxide) onto the surface of the first substrate to improve the bonding surface of the substrate. For instance, the depositing is used to fill any voids created during previous planarization steps, to flush the surface of the substrate with the barrier interface, or the like. In the implementation, the surface of the substrate is re-planarized after the depositing to form a flat, smooth, and flush bonding surface. The first barrier interface surrounds (at least partially) the conductive interconnect, and the insulating material or dielectric surrounds (at least partially) the first barrier interface.

In an implementation, the process includes forming a second cavity in a surface of a second substrate (such as substrate **104**, for example), where the second substrate also comprises an insulating material or dielectric. The process includes forming a second barrier interface at the second substrate and at least partially surrounding a perimeter of the second cavity, where the second barrier interface comprises a material different from the insulating material or dielectric of the second substrate. In an implementation, the process includes depositing a second barrier layer material onto at least a portion of the surface of the second substrate and onto at least a portion of a surface of the second cavity.

The second barrier interface is arranged to inhibit a diffusion of the conductive material of the first conductive structure (embedded in the first substrate) into the second substrate. In an implementation, the process includes forming the first barrier interface and/or the second barrier interface to comprise a gas-filled gap. In another implementation, the process includes forming the first barrier interface and/or the second barrier interface to comprise a roughened area of the surface of the first substrate and/or the second substrate that inhibits bonding at the roughened area. In other embodiments, the first barrier interface and/or the second barrier interface comprises one or more of silicon nitride, silicon oxynitride, silicon carbide, silicon carbonitride, diamond, boron doped glass or oxide, aluminum oxide, or a like diffusion resistant material.

In the implementation, the process includes filling the second cavity with the conductive material and planarizing at least a portion of the surface of the second substrate, the second barrier interface, and the conductive material at the second substrate to form a second conductive interconnect structure (such as the conductive structure **108**, for example) with a second barrier interface at least partly surrounding an exposed surface of the second conductive interconnect structure. In one example, the process includes forming the first barrier interface or the second barrier interface to have a width that is at least 10% of a diameter of the second conductive interconnect structure. In another example, the process includes forming the first barrier interface or the

second barrier interface to have a width that is at least 20% of a diameter/width of the second conductive interconnect structure.

The process further includes directly bonding the surface of the second substrate to the surface of the first substrate without an adhesive material and mating the second conductive interconnect structure to the first conductive interconnect structure, such that any portion of the second conductive interconnect structure contacts the first barrier interface and not the first substrate and any portion of the first conductive interconnect structure contacts the second barrier interface and not the second substrate when the second conductive interconnect structure and the first conductive interconnect structure are offset or misaligned.

In an implementation, the process includes directly bonding the exposed surface of the second conductive interconnect structure to the exposed surface of the first conductive interconnect structure. In an example, the process includes high temperature annealing to bond the conductive structures into a single conductive interconnect.

Although various implementations and examples are discussed herein, further implementations and examples may be possible by combining the features and elements of individual implementations and examples.

CONCLUSION

Although the implementations of the disclosure have been described in language specific to structural features and/or methodological acts, it is to be understood that the implementations are not necessarily limited to the specific features or acts described. Rather, the specific features and acts are disclosed as representative forms of implementing example devices and techniques.

Each claim of this document constitutes a separate embodiment, and embodiments that combine different claims and/or different embodiments are within the scope of the disclosure and will be apparent to those of ordinary skill in the art upon reviewing this disclosure.

What is claimed is:

**1**. A bonded structure comprising:

a first substrate having a first bonding surface, the first substrate comprising:

an first insulating layer having an upper surface extending parallel to a the first bonding surface;

an embedded barrier layer disposed on and extending parallel to the first insulating layer without extending below the upper surface of the first insulating layer;

a second insulating layer disposed on and extending parallel to the embedded barrier layer, an upper surface of the second insulating layer forming part of the first bonding surface; and

a first contact pad extending through the second insulating layer, through the embedded barrier layer, and at least partially through the first insulating layer, and

a second substrate having a second bonding surface, the second substrate including an insulating material and a second contact pad,

wherein the first bonding surface is directly bonded to the second bonding surface, and the first contact pad is directly bonded to the second contact pad, at a bonding interface without an intervening adhesive.

**2**. The bonded structure of claim **1**, wherein the second insulating layer comprises silicon and oxygen.

**3**. The bonded structure of claim **2**, wherein the embedded barrier layer comprises one or more of silicon nitride, silicon oxynitride, silicon carbide, or silicon carbonitride.

US 12,322,650 B2

17

**4**. The bonded structure of claim **2**, wherein the embedded barrier layer comprises silicon carbonitride.

**5**. The bonded structure of claim **2**, wherein the embedded barrier layer comprises silicon nitride.

**6**. The bonded structure of claim **1**, further comprising a via extending from a lower surface of the first contact pad opposite the upper surface of the first contact pad.

**7**. The bonded structure of claim **1**, wherein a width of the first contact pad is narrower than a width of the second contact pad at the bonding interface.

**8**. The bonded structure of claim **1**, wherein the embedded barrier layer does not extend below the upper surface of the first insulating layer.

**9**. The bonded structure of claim **1**, wherein the second insulating layer substantially covers the embedded barrier layer.

**10**. The bonded structure of claim **1**, wherein the embedded barrier layer contacts a sidewall of the first contact pad.

**11**. The bonded structure of claim **10**, wherein the first contact pad includes at least one sidewall lining layer surrounding copper.

**12**. The bonded structure of claim **11**, wherein the at least one sidewall lining layer includes a layer comprising tantalum.

**13**. The bonded structure of claim **1**, wherein:

the first substrate further comprises an additional contact pad extending through the second insulating layer, through the embedded barrier layer, and at least partially through the first insulating layer;

an upper surface of the additional contact pad forms part of the first bonding surface; and

the embedded barrier layer extends from the first contact pad to the additional contact pad.

**14**. A microelectronic assembly comprising:

a first substrate having a first bonding surface, the first substrate comprising:

a first insulating layer,

an embedded barrier layer disposed on the first insulating layer,

a bonding layer over the embedded barrier layer and partially defining the first bonding surface,

a first contact pad at least partially embedded in the bonding layer, the embedded barrier layer, and the first insulating layer, and

a second contact pad at least partially embedded in the bonding layer, the embedded barrier layer, and the first insulating layer,

wherein the bonding layer and the embedded barrier layer extend from the first contact pad to the second contact pad; and

a second substrate having a second bonding surface directly bonded to the first bonding surface without an intervening adhesive, the second substrate comprising:

a second insulating layer, and

a third contact pad at least partially embedded in the second insulating layer, the third contact pad directly bonded to the first contact pad without an intervening adhesive.

18

**15**. The microelectronic assembly of claim **14**, wherein the embedded barrier layer extends across a width of the first substrate.

**16**. The microelectronic assembly of claim **14**, wherein the embedded barrier layer surrounds and abuts perimeters of a group of contact pads including the first and second contact pads.

**17**. The microelectronic assembly of claim **14**, wherein the embedded barrier layer extends across a contact pad region of the first substrate, and is surrounded by a zone free from the embedded barrier layer.

**18**. The microelectronic assembly of claim **14**, wherein the embedded barrier layer surrounds and abuts perimeters of the first and second contact pads.

**19**. The microelectronic assembly of claim **14**, wherein the first bonding surface and/or the second bonding surface comprises a nitrogen plasma treated surface.

**20**. The microelectronic assembly of claim **14**, wherein the embedded barrier layer comprises a dielectric material different from the first insulating layer and from the bonding layer.

**21**. The microelectronic assembly of claim **14**, wherein the first insulating layer and the second insulating layer comprise silicon oxide.

**22**. The microelectronic assembly of claim **14**, wherein a width of the first contact pad is narrower than a width of the third contact pad.

**23**. The microelectronic assembly of claim **14**, wherein the first insulating layer comprises silicon oxide material and a material of the third contact pad comprises copper or a copper alloy.

**24**. The microelectronic assembly of claim **14**, wherein the first contact pad includes a barrier layer comprising tantalum surrounding a material comprising copper.

**25**. The microelectronic assembly of claim **14**, wherein the second substrate further comprises a fourth contact pad laterally spaced from the third contact pad, and the fourth contact pad is directly bonded to the second contact pad without an intervening adhesive.

**26**. The microelectronic assembly of claim **14**, wherein an upper surface of the embedded barrier layer is positioned closer to the first bonding surface than to a back side of the first contact pad.

**27**. The microelectronic assembly of claim **14**, wherein the bonding layer comprises silicon and oxygen.

**28**. The microelectronic assembly of claim **14**, wherein the embedded barrier layer comprises one or more of silicon nitride, silicon oxynitride, silicon carbide, or silicon carbonitride.

**29**. The microelectronic assembly of claim **28**, wherein the embedded barrier layer comprises silicon nitride.

**30**. The microelectronic assembly of claim **28**, wherein the embedded barrier layer comprises silicon carbonitride.

* * * * *