IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **ADEIA SEMICONDUCTOR BONDING TECHNOLOGIES INC.,** § § § § *Plaintiff,* § § v. § § **ADVANCED MICRO DEVICES, INC.,** § § *Defendant,* § | CASE NO. 7:25-CV-00511-DC-DTG |

### ORDER GRANTING THE DEFENDANT'S
### UNOPPOSED MOTION TO STAY (DKT. NO. 29)

Before the Court is the defendant, Advanced Micro Devices, Inc's unopposed motion to stay action pending the determination of the United States International Trade Commission proceeding titled *Certain Semiconductor Devices, Computing Products Containing the Same, and Components Thereof*, Investigation No. 337-TA-1465, becomes final. The defendant represents to the Court that there is overlap between the accused products and intellectual property rights that Adeia asserts in the ITC investigation and in this case, and thus a stay is mandatory under 28 U.S.C. § 1659(a). Having considered the motion, the Court finds that this motion should be **GRANTED**. It is **ORDERED** that:

1. The above-captioned action is stayed, including all unreached deadlines, until *Certain Semiconductor Devices, Computing Products Containing the Same, and Components Thereof*, Investigation No. 337-TA-1465 becomes final.

2. The parties shall submit a joint status report every six (6) months and a motion for status conference within ten (10) calendar days of a final determination in 337-TA-1465.

**SIGNED** this 9th day of January, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE