IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ADEIA SEMICONDUCTOR BONDING, <br><br> PLAINTIFFS, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., <br><br> DEFENDANT. | Case No.: 7:25-CV-511-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF DISMISAL**

This action has been settled.  Pursuant to and subject to the parties' license and settlement agreement and Federal Rule of Civil Procedure 41(a)(1), Plaintiff Adeia Semiconductor Bonding Technologies Inc., ("Adeia") hereby dismisses with prejudice all claims against Advanced Micro Devices, Inc. ("AMD") in the above captioned case.

This notice is unopposed and is being filed before the opposing party serves an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, Adeia requests this Court enter an Order dismissing with prejudice all claims asserted in this case by Adeia against AMD pursuant to and subject to the parties' license and settlement agreement.  Adeia also requests that this Court order that the parties shall bear their own costs and fees.

DATED: March 9, 2026                                     Respectfully submitted,

/s/ *Bradley W. Caldwell*
Jennifer D. Cieluch
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
(212) 210-9400

Adam D. Swain
**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC 20004
(202) 239-3300

John D. Haynes
Nicholas T. Tsui
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
(404) 881-7000

Stephen R. Lareau
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
(704) 444-1000

Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Robert Seth Reich, Jr.
Texas Bar No. 24088283
Email: rreich@caldwellcc.com
Brian D. Johnston (*pro hac vice* pending)
Texas Bar No. 24080965
Email: bjohnston@caldwellcc.com
Andrew T. Langford
Texas Bar No. 24087886
Email: alangford@caldwellcc.com
Eric M. Horsley (*pro hac vice* pending)
Texas Bar No. 24131396
Email: ehorsley@caldwellcc.com

**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl Street
Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Mark D. Siegmund
Texas Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas
76710
Phone: (254) 732-2242
Fax: (866) 627-3509
msiegmund@cjsjlaw.com

*Counsel for Plaintiffs Adeia Semiconductor Bonding Technologies Inc., Adeia Semiconductor Inc., and Adeia Semiconductor Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system and by email. Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, Western District of Texas, Section 14.

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell